IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CEDRIC ALLEN RICKS, | * | 4:20-cv-1299-O |
| Petitioner | * | |
| vs. | * | Capital Case NO. _____ |
| BOBBY LUMPKIN, | * | |
| Director, Texas Department of Criminal Justice, Correctional Institutions Division | * | |
| | * | |
| Respondent | * | |

**MOTION FOR APPOINTMENT OF COUNSEL -**

**THIS IS A DEATH PENALTY CASE.**

Undersigned counsel, Catherine Clare Bernhard, respectfully asks this court to appoint one or more qualified attorneys to represent Petitioner, Cedric Allen Ricks in his federal habeas corpus proceedings. This motion is made pursuant to 18 U.S.C. § 3599 and McFarland v. Scott, 512 U.S. 849 (1994).

In support of this request, counsel states as follows:

1. Cedric Allen Ricks was convicted of capital murder in the 371st Judicial District Court of Tarrant County, Texas, and was sentenced to death on May 16, 2014. His conviction and sentence

were affirmed on direct appeal by the Texas Court of Criminal Appeals on October 4, 2017. Cedric Allen Ricks v. State, No. AP-77,040 (Tex. Crim. App. Oct. 4, 2017)(not designated for publication) cert. denied, 138 S.Ct. 1553 (2018). On June 13, 2016, Mr. Ricks timely filed his initial Application for a Writ of Habeas Corpus in the 371st Judicial District Court of Tarrant County, Texas. The trial court entered findings of fact and conclusions of law recommending that relief be denied. The Court of Criminal Appeals denied relief on November 18, 2020. Ex parte Ricks, WR-85,278-01 (Tex. Crim. App. Nov. 18, 2020).

2. Throughout state habeas corpus proceedings, Mr. Ricks was represented by appointed counsel. He was then, and is now, without the means to retain counsel. He has never before filed a federal petition for a writ of habeas corpus in this case.

4. Mr. Ricks is entitled to appointment of counsel. He has never before presented his constitutional claims for relief to a federal court. He is entitled to the assistance of counsel in order to present those claims. Moreover, that counsel must be provided with the time sufficient to become familiar with the facts of the case, and to meaningfully research and present Mr. Ricks' claims.

3. The continued representation of undersigned counsel, Catherine Clare Bernhard, would present a conflict of interest in light of Martinez v. Ryan, 566 U.S. 1 (2012) and Trevino v. Thaler, 569 U.S. 413 (2013). Therefore, Mr. Ricks seeks the appointment of new counsel for his federal habeas proceeding.

4. This Court's CJA Plan, Miscellaneous Order No. 3 (rev. July 2018), provides that this Court "should appoint the [Federal Public Defender for the Northern District of Texas ("FPD")], consistent with funding and staffing levels of the FPD related to these types of cases, when no conflict of interest exists". § XIV.F.2. Undersigned counsel has communicated with Jeremy Schepers, Supervisor of the FPD's Capital Habeas Unit, who has informed the undersigned that his office is able and willing to represent Mr. Ricks in this matter. Therefore, consistent with this Court's CJA plan, the FPD's Capital Habeas Unit should be appointed as counsel.

5. The contact information for that office is:

      Jason D. Hawkins
      Federal Public Defender
      Northern District of Texas
      525 Griffin Street, Suite 629
      Dallas, Texas 75202
      214-767-2746

      214-767-2886 – fax
      Jason_Hawkins@fd.org

  And:

      Jeremy Schepers
      Supervisor, Capital Habeas Unit
      Northern District of Texas
      525 Griffin Street, Suite 629
      Dallas, Texas 75202
      214-767-2746
      214-767-2886 – fax
      Jeremy_Schepers@fd.org

6.   WHEREFORE, Petitioner, Cedric Allen Ricks, respectfully requests this Court appoint the Federal Public Defender for the Northern District of Texas, Capital Habeas Unit, as counsel for the federal habeas corpus proceedings.

                Respectfully submitted,

                /s/ Catherine Bernhard

                Catherine Clare Bernhard
                Texas Bar No. 02216575
                101 N. Kaufman St., Ste 256
                Seagoville, Texas 75159
                972-294-7262
                fax – 972-421-1604
                cbernhard@sbcglobal.net

                ATTORNEY FOR
                PETITIONER ON STATE
                HABEAS

## CERTIFICATE OF CONFERENCE

This certifies that on November 30, 2020, undersigned counsel conferred with counsel for Respondent, Rachel Patton, concerning Petitioner's Motion for Appointment of Counsel. Counsel for Respondent indicated that she does not oppose the Motion.

## CERTIFICATE OF SERVICE

This certifies that a true and correct copy of the foregoing Motion for Appointment of Counsel has been served upon counsel for Respondent, Office of the Attorney General, Criminal Appeals Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711, by electronic service to Rachel.Patton@oag.texas.gov on November 30, 2020.

*Catherine Clare Bernhard*
attorney
101 N. Kaufman St., Suite 256
Seagoville, Texas 75159
972-294-7262
Fax-972-421-1604
cbernhard@sbcglobal.net

November 30, 2020

United States District Court
Northern Distict of Texas – Fort Worth Division
501 West 10th St, Room 310
Fort Worth, Texas 76102

Dear Clerk:

Enclsoed for filing is a Motion to Appoint federal counsel in a state death penalty case. I have also enclosed a check in the amount of $5.00. Also enclosed is a copy of the motion with a self-addressed envelope so that a file stamped copy can be returned to me.

Sincerely,

Catherine Clare Bernhard

UNITED STATES POSTAL SERVICE
PRIORITY MAIL
Flat Rate Mailing Envelope
Visit us at usps.com
INTERNATIONAL RESTRICTIONS APPLY:
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.
PLEASE PRESS FIRMLY
Schedule package pickup right from your home or office at usps.com/pickup
Print postage online
PS00001000060
EP14L April 2012 © U.S. Postal Service
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; April 2012; All rights reserved.
Please Recycle
PRIORITY MAIL LEGAL SIZE
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE AND FEES PAID
PRIORITY MAIL
Dec 01 2020
Mailed from ZIP 75159
PM Legal Flat Rate Env
10754792
CommercialPlusPrice

PRIORITY MAIL 1-DAY
C024  0006

Shipping Manager
Shipping Manager
103 N KAUFMAN ST
SEAGOVILLE TX 75159-3762

SHIP TO:
U. S. Dist. Court N. Dist.
Fort Worth Div./ Room 310
501 W 10TH ST STE 310
FORT WORTH TX 76102-3641

USPS TRACKING #
9405 5118 9956 4753 5467 09

Catherine Clare Bernhard
attorney
101 N Kaufman St, Ste 256
Seagoville, Texas 75159

United States District Court
Northern District of Texas
Fort Worth Division
501 West 10th St, Room 310
Fort Worth, Texas 76102