IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CEDRIC ALLEN RICKS, § | |
| § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | No. 4:20-CV-1299-O |
| BOBBY LUMPKIN, Director, Texas § | |
| Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## ORDER DENYING MOTION TO PRODUCE DOCUMENTS

The matter before the court is Ricks' motion filed April 20, 2021 (ECF No. 7), requesting that this court issue an Order directing Rick's former state counsel to transmit certain documents to Rick's current federal habeas counsel. After considering the motion and the Response, filed May 6, 2021 (ECF No. 9), the requested relief is DENIED.

Simply put, disputes between a Texas criminal defendant and his or her state trial counsel over custody of an attorney's or client's file are not within the province of a federal habeas court. Ricks identifies no legal authority giving this court jurisdiction over a pair of attorneys who are not parties to this legal action, have never appeared as counsel of record in this court in this cause, and are not identified by Ricks as members of the Bar of this court.

Accordingly, all relief requested by Ricks in his first motion for production of documents (ECF No. 7) is DENIED.

SIGNED May 7, 2021.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE