# EXHIBIT 6

# WILLIAM H. "BILL" RAY, P.C.

# ATTORNEY AT LAW

## 512 MAIN STREET, STE. 308

## FORT WORTH, TEXAS   76102
## (817)698-9090     FAX (817)698-9092

November 7, 2013

Dr. Antoinette McGarrahan, Ph.D.
12820 Hillcrest Road
Suite C125
Dallas, Texas 75230

Re: State of Texas v. Cedric Ricks
        Case No. 1325203, in the 371st District Court of
Tarrant County, Texas

Dear Dr. McGarrahan,

        I would like to thank you for accepting the appointment in this case.  As we discussed, I will need a neuropsychological evaluation in this case.  Additionally, I would like to see if there is some "hard science" scanning that we might do.
        I have a set of records and will send them to you in the next few days.  Due to Mr. Ricks' age, I don't think we will have a lot of records, but we are searching at this time.
        The trial in this case is set beginning in March for jury selection and testimony in late April - early May.
        I will need you to testify in this matter.
        The persons you will be working with on this case are:

Stephen Gordon - Co Counsel, 2101 Moneda Street, Fort Worth, Texas 76117
817-877-0610-Office,    817-877-5610-Fax,    ▇▇▇▇▇▇▇ Cell
sgordon@stevegordonandassociates.com

Stan Keeton - Private Investigator -Wells Investigations
3505 Airport Freeway, Fort Worth, Texas  76111
817-219-0540 - Cell

stan7406@hotmail.com


Mary Burdette **-** Mitigation Specialist
8104 Jolie Dr, Fort Worth, TX 76137
██████████ - Cell, 817-479-7025-Fax
mary.burdette13@yahoo.com

      My cell number is ████████.  If you will email me your email, I will forward documents as we they become available.  My email is bill@billraylawyer.com.
      Thank you.

          Sincerely,

          William H. "Bill" Ray


cc:  Steve Gordon, Mary Burdette, and Stan Keeton

# EXHIBIT 7

| | |
|---|---|
| **From:** | Bill Ray |
| **To:** | "kkiehl@unm.edu" |
| **Cc:** | "Antoinette McGarrahan (armcgarrahan@sbcglobal.net)"; "Steve Gordon"; Bill Ray |
| **Subject:** | Potential Expert in Death Penalty Case - Fort Worth, Texas |
| **Date:** | Friday, December 27, 2013 2:28:50 PM |

Dr. Kiehl, my name is William H. Ray, and I am an attorney in Fort Worth, Texas. I have a death penalty case here that is going to trial in May of next year. My co-counsel and I are looking at some type of hard science or imaging evidence that we might be able to show the jury concerning our client's brain. Our client has a history of behavior that is anger related, none as bad as the present case, and we are interested in something other than the testimony concerning testing and the corresponding results which are typically used in these type cases. Our client (30 years old) has had some football related injuries, mostly head hitting. I don't think he has had any fractures. I was given your name by a psychologist I am using in this case, Antoinette McGarrahan. She is traveling to your facility in January to see your lab. Any imaging procedure would need to be done in Fort Worth, and I don't know if the type of equipment necessary is even here locally. Please let me know if you are interested, what type of equipment is necessary, and your fees. Tarrant County has several hospitals, and I would think I could get this type of procedure performed somewhere in Dallas/Fort Worth. Also please provide an estimate of the cost of such a procedure, and your fee for evaluation, report, and testimony.

If you are unable to perform such a service, I would appreciate a referral if you have one.

Our trial is in May, but I must designate an expert in early February. Any procedure would not necessarily need to be performed prior to that time, I just have to have the expert lined up.

My contacts are:

512 Main Street, Suite 308

Fort Worth, Texas 76102

(817) 698-9090

(817) 698-9092 FAX

███████████ cell

Thank you for your help.

William H. "Bill" Ray

# EXHIBIT 9

**Catherine Bernhard**

**From:**        Kent A. Kiehl [kkiehl@mrn.org]
**Sent:**        Friday, April 04, 2014 9:54 AM
**To:**          Bill Ray
**Cc:**          Lyn Kiehl; Stephen Gordon; Antoinette McGarrahan
**Subject:**     Re: Scanning with portable facility

Ok.

_____
Kent A. Kiehl, Ph.D.
Executive Science Officer and
Director of Mobile Brain Imaging
The nonprofit Mind Research Network (www.mrn.org) &
Professor of Psychology, Neuroscience and Law University of New Mexico (www.unm.edu)

Mailing Address:
Mind Research Network
1101 Yale Blvd NE
Albuquerque, NM, 87106
Office: 505-925-4516
kkiehl@mrn.org

www.kentkiehl.com


On Apr 4, 2014, at 8:51 AM, "Bill Ray" <bill@billraylawyer.com> wrote:

> Another thought.  If you bring your portable facility to tarrant county, we have another client that is going to need a brain scan in an
> unrelated case.  We could do both at the same time, and the costs could be spread over two inmates.
>
> Sent from my iPad
> Bill Ray

# EXHIBIT 10

**Catherine Bernhard**

| | |
|---|---|
| **From:** | Lyn Kiehl [lkiehl@mrn.org] |
| **Sent:** | Monday, April 14, 2014 2:35 PM |
| **To:** | Bill Ray; Steve Gordon |
| **Cc:** | Kent Kiehl |
| **Subject:** | Cost estimate for bringing mobile MRI scanner to Fort Worth |

Apologies - I hit send before putting any content into the email. Here is the cost estimate. We can provide a more detailed breakdown later but here are the numbers:

$6500 to transport the mobile from Albuquerque, NM to Fort Worth, TX (this includes the driver time and gas).
$3,000 for each client scanned. (This is using a 1.5 hour scan slot and includes the time for our MR tech that will conduct the scans).
$550 is the estimate for generator rental, delivery, and diesel fuel (we do not know the amount of diesel fuel we will use, they will bill us for that afterwards).

So the cost of scanning two clients is $13,050.

The more clients we can scan while there, the more the court/county will be able to distribute the cost of bringing the mobile MRI there.

--
Lyn Gaudet Kiehl, MA JD
Director, MINDSET
office 505.272.0759
cell ████████
mindsetconsultinggroup.com

# EXHIBIT 11

**Catherine Bernhard**

---

| | |
|---|---|
| **From:** | Lyn Kiehl [lkiehl@mrn.org] |
| **Sent:** | Tuesday, April 22, 2014 10:53 AM |
| **To:** | Bill Ray |
| **Cc:** | Stephen Gordon |
| **Subject:** | Re: Ricks-Wells scan |

No I haven't. I'm waiting on our MRI Tech to get into the office so he can be on the phone with me. He is worried about being able to get it in and out of the sally port and rather than me being middle man and having to go back and forth between the two of them all day I want to get the three of us on the phone and get it settled in one call.

I'll call you as soon as we work out the parking options. It would be wonderful to have overnight security if it ends up being left out in the open. Thanks very much for doing that.

Lyn


On Tue, Apr 22, 2014 at 9:49 AM, Bill Ray <bill@billraylawyer.com> wrote:
Have you had a chance to speak with the sheriff about the scanner parking options?  I have made contact with the Fort Worth police to arrange security overnight if necessary.  Please let me know ASAP.  Thanks.

Sent from my iPad
Bill Ray


--
Lyn Gaudet Kiehl, MA JD
Director, MINDSET
office 505.272.0759
cell █████████████
mindsetconsultinggroup.com

# EXHIBIT 12

note on billing for MRI.txt
the mri cost was shared between Cedric Ricks and Amos Wells' cases.

the total cost per final billing is 633.30.

on Wells case the bill was 225.00 plus 86.70.
on ricks case the bill was 248.04 plus 68.61.
the total was 628.35

# EXHIBIT 14

CASE NO. 1332865

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 432ND |
| | § | |
| VS | § | DISTRICT COURT |
| | § | |
| AMOS JOSEPH WELLS | § | TARRANT COUNTY, TEXAS |

## ORDER APPOINTING COUNSEL FOR THE DEFENDANT

Date of Order:  July 8, 2013

On this day, it being made known and appearing to the Court that the Defendant is without counsel of his own selection to represent him herein, and that he is too poor to employ counsel, or give security therefore, to represent him herein and the Defendant having requested that an attorney be appointed to represent him in the above styled and numbered cause.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that

STEVE GORDON

a regularly licensed and practicing attorney is hereby appointed to represent the Defendant as his attorney, and said Attorney is hereby authorized to proceed to perform the duties of the Attorney for the Defendant is this cause.

_____
Presiding Judge

_____
Date  7/8/13

# EXHIBIT 15

CASE NUMBER 1332865

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 432ND |
| | § | |
| vs. | § | DISTRICT COURT |
| | § | |
| AMOS JOSEPH WELLS | § | TARRANT COUNTY, TEXAS |

## ORDER ON DEFENDANT'S EX PARTE MOTION TO APPOINT CO-COUNSEL

On this the  _9TH_ day of _____*July*_____, 2013, the Defendant's Motion for

the Appointment of Co-Counsel was presented to the Court, and after considering same, the

Court is of the opinion that the same should be

[ X ]  **GRANTED.**

**IT IS THEREFORE, ORDERED, ADJUDGED, and DECREED** by this Court that

> William H. "Bill" Ray
> State Bar Number 16608700
> 512 Main Street
> Suite 308
> Fort Worth TX 76102
> Tel. 817.698.9090
> Fax 817.698.9092

be and is **HEREBY** appointed as co-counsel for Defendant in the above entitled cause.

[  ]  **DENIED.**

The Court denies the Defendant's Motion for the Appointment of Co-Counsel, to which

ruling Defendant respectfully excepts.

SIGNED this _____*7/9*_____, 2013.

_____
JUDGE PRESIDING

# EXHIBIT 16

| | |
|---|---|
| **From:** | Antoinette McGarrahan <span style="background:#123"></span> |
| **Sent:** | Wednesday, April 16, 2014 4:25 PM |
| **To:** | Bill Ray; Lyn Kiehl |
| **Cc:** | Kent A. Kiehl; Steve Gordon |
| **Subject:** | Re: Amos Wells |

I am going to proceed with my standard neuropsych eval and we can do additional testing thereafter as needed-like we did with Mr. Ricks. I will likely see Mr. Wells in the next month or so.

Antoinette R. McGarrahan, Ph.D.
12820 Hillcrest Road, Suite 217
Dallas, TX 75230
Office 972-726-9100
Fax 972-726-9101

**From:** Bill Ray <span></span>>
**To:** Lyn Kiehl <span></span>@mrn.org>
**Cc:** Kent A. Kiehl <span></span>@unm.edu>; Antoinette McGarrahan <span></span>>; Steve Gordon <span></span>>
**Sent:** Wednesday, April 16, 2014 4:22 PM
**Subject:** Re: Amos Wells

We have not received the entire file yet.  We will probably not have his file to you for a couple of months, at least after our current case.

Sent from my iPhone

On Apr 16, 2014, at 4:05 PM, "Lyn Kiehl" <span></span>@mrn.org> wrote:

> Hi,
>
> We do not have any case file material on this individual at this point in time. I will speak to Bill about that.
>
> Lyn
>
> On Wed, Apr 16, 2014 at 2:55 PM, Kent A. Kiehl <span></span>@unm.edu> wrote:
> Hi Toni,
>     I'm afraid I have not reviewed the case.    Lyn - if you have the case file, I can review what imaging and/or neuropsych might be recommended.
>
> K
>
>
> On 4/16/14, 11:12 AM, Antoinette McGarrahan wrote:

1

EXHIBIT 135 Page 1

Kent,
Will you want the MSCEIT and/or PCLR done on Mr. Wells? Toni

Antoinette R. McGarrahan, Ph.D.
12820 Hillcrest Road, Suite 217
Dallas, TX 75230
Office 972-726-9100
Fax 972-726-9101

**From:** Bill Ray <████████████
**To:** Lyn Kiehl ████████@mrn.org>
**Cc:** ████████@unm.edu; Steve Gordon
████████████████████████████;
armcgarrahan████████
**Sent:** Wednesday, April 16, 2014 7:47 AM
**Subject:** Amos Wells

I will have the screen form to you today.  FYI, Mr. Wells has metal fillings in his
teeth, and a wire in his hand and screws in his ankle.  He has also been stabbed
in his upper arm.  He has had an MRI about 5 years ago.  Bill Ray

```
--
_____
Kent A. Kiehl, Ph.D.
Executive Science Officer and Director of Mobile Brain Imaging
The nonprofit Mind Research Network (www.mrn.org)
&
Professor of Psychology, Neuroscience and Law
University of New Mexico (www.unm.edu)

Mailing Address:
Mind Research Network
1101 Yale Blvd NE
Albuquerque, NM, 87106
Office: 505-925-4516
████████@mrn.org
```

--
Lyn Gaudet Kiehl, MA JD
Director, MINDSET
office 505.272.0759
cell ████████

mindsetconsultinggroup.com

EXHIBIT 135 Page 2

# EXHIBIT 17

# *Trinity Mitigation*

ATTORNEY/CLIENT PRIVILEGED – WORK PRODUCT

MEMORANDUM

To:         Steve Gordon & Bill Ray
            Attorneys for the Defense

From:       Mary Burdette, Mitigation Specialist

Date:       February 19, 2013

Re:         Cedric Ricks

| | |
|---|---|
| Interview: | Meeting w/family & friends at Ricks' home in Chicago |
| Address: | ███████████ |

**Relevance**:      Attended by family & friends invited by Helen.

**Circumstances of Interview:**
Attendees included Marvin O'Neal, Dr Jane Crossley, Ernestine Adams, Sandra Richardson, Rochelle Hawk, Robbie Weathington, Bonnie McCullough, Theresa Ricks, Christine Sudduth, Tom Abner, and Helen, Sheddrick & Dwayne Ricks.  Most of the above are church friends.

**Interview:**
- Due to the size of the group, few people volunteered anything other than positive remarks about Cedric.
- However, family friend, Bonnie McCullough, noted that Cedric and her son, Bayard, (ages 9 and 7 respectively) were both 'clowns.'  When Helen and Bonnie took them for pizza, they left the boys in the car and soon saw smoke coming out.  Cedric had started a fire with Kleenex and the cigarette lighter.  Asked why he did it – Cedric said, "I just did it."  She also recalled at his Aunt Jacque's funeral, he started laughing.  She had many conversations with Helen about Cedric's behavior.  Usually the discussion ended with "something is wrong with the kid" and "maybe he'll outgrow it."
- Marvin recalled that Cedric sang in the choir and in Christmas plays, etc.  He never missed Sunday school – 'Always at Church.'
- Many of their friends lived in the same neighborhood - Marvin lived at ███████████; Larry lived 2 doors north; Cedric lived at ███████████.
- Tom Abner recalled that Cedric came home for his mother's funeral (Jacqueline) and spoke.  He also came to visit Tom when he was in the hospital.  Cedric called him on April 22/Tom's birthday (before offense).  He knew his car had been repossessed and he suggested Cedric sell his jewelry – which he did on April 25. Cedric told him, cousin

Antonio might get him a job at airport. He knew Cedric was stressed and was afraid Cedric might kill himself.    States Cedric was 'powerless over women' and stressed that he couldn't control them and didn't understand them.  He is 10 yrs older than Cedric and when he was living in Chicago, they saw each other most every day.  For a time, Cedric lived with him.

- Marvin talked to Cedric the day before offense – recalls Cedric always had a job, didn't take days off, didn't party but would always go to work.  Day before they talked about job, car, pawning stuff to get cash, and his child support.  Marvin got very emotional and said, "I love him – that's my bro." He seemed 'down' and depressed in Texas.   Told him to come home.  Marvin would call him after arguments w/Roxie.  Says he has 35 years of memories of their friendship.

Several of attendees did not speak out.  Will follow up with telephone calls/MB

# EXHIBIT 18

**Catherine Bernhard**

| | |
|---|---|
| **From:** | jwomack@balanceforensic.com |
| **Sent:** | Thursday, May 09, 2013 3:09 PM |
| **To:** | Bill Ray |
| **Subject:** | Ricks |

Mr. Ray, I visited with Mr. Ricks Wednesday, May 8, 2013, to assess his emotional stability at your request.  He reports and acts consistent with being subjectively depressed and passively suicidal, as he thinks of dying every day since "it happened."  His grief and remorse were manifested in his comments and his mood.  Apparent disincentives to committing suicide are his religious background and the impact such would have on his family.  A prime incentive voiced is that his death would help the "other family . . . heal fast."  I did not pursue his thinking other than to form the opinion he is not immanently suicidal.  Bu virtue of the fact he was able to considerable future outcomes he is not viewed as being hopeless and he indicated such was the case.

Only when asked about his physical appearance, that is two black eyes and a left eye that appeared to be disfigured or not able to focus, he explained what happened that led him to waive extradition.  He indicated that when given the choice of opposing or waiving extradition, he was placed into a cell with detainees who were not sympathetic to him, suggesting a possibler racial issue, and after being severely beaten he decided to sign the waiver.  When asked about his vision, he stated, "I'm not seeking pity," and with prompting he asserted he could not see out of his left eye.  When asked if he had reported such to the Tarrant County Jail medical staff, he indicated he had and recalled being told it "takes awhile to see the ophthalmologist."

# EXHIBIT 19



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

## Patient Demographics

| Name | Patient ID | SSN | Sex | Birth Date |
|---|---|---|---|---|
| Ricks, Cedric Allen | 51028804 | xxx-xx-0000 | Male | 09/08/74 (38 yrs) |

| Address | Phone | EMail | | Employer |
|---|---|---|---|---|
| 100 N. Lamar St<br>FORT WORTH TX 76102 | 817-884-3000 (H) | | | NOT EMPLOYED |

| Reg Status | PCP | Date Last Verified | Next Review Date |
|---|---|---|---|
| Verified | Pcp, Unknown | 03/28/14 | 04/27/14 |

## Admission Information - Hospital Account/Patient Record

| | | | | |
|---|---|---|---|---|
| Arrival Date/Time: | 05/03/2013 9:48 AM | Admit Date/Time: | 05/03/2013 10:25 AM | IP Adm. Date/Time: None |
| Admission Type: | Elective | Point of Origin: | Physician Or Clinic Referral | Admit Category: None |
| Means of Arrival: | None | Primary Service: | None | Secondary Service: None |
| Transfer Source: | None | Service Area: | None | Unit: None |
| Admit Provider: | Dick, Heather, PAC | Attending Provider: | Mills, John Gerald, DO | Referring Provider: Pcp, Unknown |

## Discharge Information - Hospital Account/Patient Record

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 10/29/2013 | Home Or Self Care | None | None | Jps Tarrant Correctional Facility |

## Final Diagnoses (ICD-9-CM)

| Princip al [P] | Code | Name | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|---|
| [P] | V70.5 | Health examination of defined subpopulation | | | | |

## Visit Summary

### Diagnoses

**Overdose of nonsteroidal anti-inflammatory drug (NSAID)** - Primary

**Suicide attempt by drug ingestion**

**Elevated serum creatinine**

### Allergies as of 6/5/2013                                             Reviewed on: **6/5/2013**

No Known Allergies

Most recent update: 6/5/2013 7:13 PM by Hynson, Barbara A, RN

### Vital Signs

| BP | Pulse | Resp | SpO2 |
|---|---|---|---|
| 146/74 mmHg | 80 | 14 | 100% |

## Point of Care Testing-Docked Device - ALL ORDERS AND RESULTS EXCEPT MEDICATION

### POCT Chem 8 - I-Stat [21353520]



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

## Point of Care Testing-Docked Device - ALL ORDERS AND RESULTS EXCEPT MEDICATION (continued)

### POCT Chem 8 - I-Stat [21353520] (continued)

Electronically signed by: **Interface, Lab In Hlseven on 06/05/13 0957**    Status: **Completed**
Ordering user: Interface, Lab In Hlseven 06/05/13 0957    Ordering provider: Dick, Heather, PAC
Authorized by: Dick, Heather, PAC    Ordering mode: Standard
Frequency:  06/05/13 0957 -
Diagnoses:
  Overdose of nonsteroidal anti-inflammatory drug (NSAID)

Specimen Information

| Source | Collected By |
|---|---|
|  | AUTOV 06/05/13 1000 |

**Final result (Abnormal)**

Resulting lab:    JPS LAB

Specimen Information

| Source | Collected By |
|---|---|
|  | AUTOV 06/05/13 1000 |

Components

| | Value | Flag | Comment | Lab |
|---|---|---|---|---|
| POC Sodium | 144 mmol/L | | - | |
| POC Potassium | 4.2 mmol/L | | - | |
| POC Chloride | 111 mmol/L | H | - | |
| POC Venous TCO2 | 22.0 mmol/L | L | - | |
| POC Ionized Calcium | 4.70 mg/dL | | - | |
| POC BUN | 10 mg/dL | | - | |
| POINT OF CARE GLUCOSE | 106 mg/dL | | - | |
| POC Creatinine | 1.8 mg/dL | H | - | |
| Hemoglobin | 16.7 g/dL | | Serial: 336208 Operator: 60533[] | |
| Point of Care Hematocrit | 49 %PCV | | - | |
| POC Anion Gap | 17.0 mmol/L | | - | |
| POC GFR | 51.1 mg/dL | | - | |

### POCT Chem 8 - I-Stat [21353521]

Electronically signed by: **Hynson, Barbara A, RN on 06/05/13 1619**    Status: **Active**
Ordering user: Hynson, Barbara A, RN 06/05/13 1619    Authorized by: Dick, Heather, PAC
Ordering mode: Standard
Frequency:  06/05/13 -
Diagnoses:
  Overdose of nonsteroidal anti-inflammatory drug (NSAID)
  Suicide attempt by drug ingestion
  Elevated serum creatinine

### POCT Chem 8 - I-Stat [21353522]

Electronically signed by: **Interface, Lab In Hlseven on 06/05/13 1626**    Status: **Completed**



**JPS ROI SERVICE AREA**
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

---

## Point of Care Testing-Docked Device - ALL ORDERS AND RESULTS EXCEPT MEDICATION (continued)

### POCT Chem 8 - I-Stat [21353522] (continued)

Ordering user: Interface, Lab In HIseven 06/05/13 1626       Ordering provider: Dick, Heather, PAC
Authorized by: Dick, Heather, PAC                           Ordering mode: Standard
Frequency:  06/05/13 1626 -
Diagnoses:
  Overdose of nonsteroidal anti-inflammatory drug (NSAID)
Specimen Information

| Source | Collected By |
| --- | --- |
| | AUTOV 06/05/13 1630 |

Final result (Abnormal)

Resulting lab:     JPS LAB
Specimen Information

| Source | Collected By |
| --- | --- |
| | AUTOV 06/05/13 1630 |

Components

| | Value | Flag | Comment | Lab |
| --- | --- | --- | --- | --- |
| POC Sodium | 144 mmol/L | | - | |
| POC Potassium | 4.4 mmol/L | | - | |
| POC Chloride | 110 mmol/L | | - | |
| POC Venous TCO2 | 23.0 mmol/L | | - | |
| POC Ionized Calcium | 4.80 mg/dL | | - | |
| POC BUN | 15 mg/dL | | - | |
| POINT OF CARE GLUCOSE | 96 mg/dL | | - | |
| POC Creatinine | 2.5 mg/dL | H | - | |
| Hemoglobin | 16.7 g/dL | | Serial: 336208 Operator: 60533[] | |
| Point of Care Hematocrit | 49 %PCV | | - | |
| POC Anion Gap | 17.0 mmol/L | | - | |
| POC GFR | 35.0 mg/dL | | - | |

### POCT Chem 8 - I-Stat [21353523]

Electronically signed by: **Interface, Lab In HIseven on 06/05/13 1751**                     Status: **Completed**
Ordering user: Interface, Lab In HIseven 06/05/13 1751       Ordering provider: Dick, Heather, PAC
Authorized by: Dick, Heather, PAC                           Ordering mode: Standard
Frequency:  06/05/13 1751 -
Diagnoses:
  Overdose of nonsteroidal anti-inflammatory drug (NSAID)
Specimen Information

| Source | Collected By |
| --- | --- |
| | AUTOV 06/05/13 1756 |

Final result (Abnormal)

---



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

---

**Point of Care Testing-Docked Device - ALL ORDERS AND RESULTS EXCEPT MEDICATION (continued)**

Resulting lab:    JPS LAB
Specimen Information

| Source | Collected By |
|---|---|
| | AUTOV 06/05/13 1756 |

Components

| | Value | Flag | Comment | Lab |
|---|---|---|---|---|
| POC Sodium | 146 mmol/L | H | - | |
| POC Potassium | 4.5 mmol/L | | - | |
| POC Chloride | 113 mmol/L | H | - | |
| POC Venous TCO2 | 21.0 mmol/L | L | - | |
| POC Ionized Calcium | 4.50 mg/dL | | - | |
| POC BUN | 15 mg/dL | | - | |
| POINT OF CARE GLUCOSE | 82 mg/dL | | - | |
| POC Creatinine | 2.3 mg/dL | H | - | |
| Hemoglobin | 15.0 g/dL | | Serial: 336208 Operator: 60533[] | |
| Point of Care Hematocrit | 44 %PCV | | - | |
| POC Anion Gap | 18.0 mmol/L | | - | |
| POC GFR | 38.5 mg/dL | | - | |

---

**Physician Notes**

Progress Notes by Dick, Heather, PAC at 6/5/2013 10:06 AM                                      Version 1 of 1

| Author: Dick, Heather, PAC | Service: (none) | Author Type: Physician Assistant |
|---|---|---|
| Filed: 6/5/2013 11:06 AM | Note Time: 6/5/2013 10:06 AM | Status: Signed |
| Editor: Dick, Heather, PAC (Physician Assistant) | | |

**Subjective:**

**Patient ID:** Cedric Allen Ricks is a 38 y.o. male.

HPI
Pt presents to Resource stating he ingested 16 - 800 mg ibuprofens 6/5/13 at approximately 0200. C/o 5-7 episodes of vomiting since then, last episode 45 minutes prior to evaluation in Resource. Continues to c/o nausea. He has no other complaints at this time. Inmate states he took the ibuprofen with intention of relieving his headache and killing himself. He is currently SPC status.
He no longer has active order for ibuprofen.

Review of Systems

There were no vitals taken for this visit.

---



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

## Physician Notes (continued)

<u>Progress Notes by Dick, Heather, PAC at 6/5/2013 10:06 AM (continued)</u>    Version 1 of 1

**Objective:**
 Physical Exam
Vitals reviewed.
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. He is not diaphoretic.
Psychiatric: His behavior is normal.
Cr 1.8 (Cr 1.0 on 5/8/13)

**Assessment and Plan:**

1. **Overdose of nonsteroidal anti-inflammatory    POCT Chem 8 - I-Stat
   drug (NSAID)**
2. Suicide attempt by drug ingestion
3. Elevated serum creatinine


Plan discussed with Dr. Wright, JPS Trauma:
1. Pt to push fluids
2. Recheck i-stat in 4 hours @ 1400 (if Cr not improved, consider IVF) - call to L5 provider
3. Repeat i-stat in 2 days
4. D/w pharmacist to ensure all pt's medications are crushed in the future
5. RTC 1 week

## Nurses Notes

<u>Progress Notes by Hynson, Barbara A, RN at 6/5/2013 7:12 PM</u>    Version 1 of 1

| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 7:13 PM | Note Time: 6/5/2013 7:12 PM | Status: Signed |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |


Repeat istat reviewed by PA Leddy - pt to return to cell advised to increase fluid intake star 1 to clinic for f/u



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

## Nurses Notes (continued)

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 7:12 PM (continued)**                Version 1 of 1
and repeat Istat in 2 days

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 5:14 PM**                Version 2 of 2
| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 5:15 PM | Note Time: 6/5/2013 5:14 PM | Status: Addendum |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |
| Related Notes:    Original Note by Hynson, Barbara A, RN (Registered Nurse) filed at 6/5/2013 5:14 PM | | |

2nd liter of NS up and infusing

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 5:14 PM**                Version 1 of 2
| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 5:14 PM | Note Time: 6/5/2013 5:14 PM | Status: Signed |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |
| Related Notes:    Addendum by Hynson, Barbara A, RN (Registered Nurse) filed at 6/5/2013 5:15 PM | | |

2nd liter of NS and infusing

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 4:29 PM**                Version 1 of 1
| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 4:33 PM | Note Time: 6/5/2013 4:29 PM | Status: Signed |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |

I STAT drawn and creat increased to 2.5 P.A. notified 20g IV placed L ac 1 attempt pt tolerated well 01 L
normal saline hung to infuse over 60min

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 4:20 PM**                Version 1 of 1
| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 4:21 PM | Note Time: 6/5/2013 4:20 PM | Status: Signed |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |

Pt brought back to resource for repeat I-Stat - pt states not drinking much water as advised due to taste.

**Progress Notes by Hynson, Barbara A, RN at 6/5/2013 4:19 PM**                Version 1 of 1
| Author: Hynson, Barbara A, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 6/5/2013 4:19 PM | Note Time: 6/5/2013 4:19 PM | Status: Signed |
| Editor: Hynson, Barbara A, RN (Registered Nurse) | | |
| Addended by: HYNSON, BARBARA A on: 6/5/2013 04:19 PM | | |

Modules accepted: Orders

---



JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

## Nurses Notes (continued)

### Progress Notes by Hynson, Barbara A, RN at 6/5/2013 4:19 PM (continued)                Version 1 of 1

#### Other Notes
No notes of this type exist for this encounter.

#### Follow-up and Disposition History

User
JOHNSON, HEATHER M

Date & Time
6/5/2013 11:05 AM

**Disposition:**
Return in about 1 week (around 6/12/2013).

**Follow-up:**
N/A

**Instructions:**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

User
JOHNSON, HEATHER M

Date & Time
6/5/2013 11:05 AM

**Disposition:**
N/A

**Follow-up:**
N/A

**Instructions:**
N/A

**Check-out Note:**
N/A

**Send Reminder:**
N/A

#### Encounter-Level Documents:
There are no encounter-level documents.

#### Patient-Level E-Signatures:
OP Annual Consent Form - Received on 10/1/2013
An error occurred while rendering the e-signature document.
Details: Could not find valid device to read signatures.

#### Encounter-Level E-Signatures: