

JPS ROI SERVICE AREA
1500 South Main St
FORT WORTH TX 76104
Amb Encounter Report

RICKS,CEDRIC ALLEN
MRN: 51028804
DOB: 9/8/1974, Sex: M
Enc. Date: 06/05/13

**Encounter-Level E-Signatures: (continued)**

There are no encounter-level e-signatures.

TARRANT COUNTY MENTAL HEALTH
MENTAL RETARDATION SERVICES

**PROGRESS NOTE**

CID#:  0819770

CASE#  001205066

NAME:  RICKS, CEDRIC

| STATUS | RU | LOC | ACT. CD | PROJ # | Group No. | TIME SPENT | Prep & Rec Time | Time of Day | CASE NUMBER | REC | ATT | # OF REC | REC TIME |
|--------|-----|-----|---------|--------|-----------|------------|-----------------|-------------|-------------|-----|-----|----------|----------|
| E | 422 | 4 | 4440 | 5 | - | 0:20 | - | 9:30 PM | 1205066 | 1 | 1 | 1 | 0:20 |

**Progress or Lack of Progress/Response:**

Hygiene: (Groomed)  Disheveled  Bizarre/  Unusual  Malodorous _____

Affect: (Normal)  Restricted  Blunted  Flat  Inappropriate _____
Mood: (Normal)  Depressed  Anxious  Elevated  Irritable _____

Speech: (Normal)  Halting  Pressured  Slurred/Stuttering  Incoherent  Refused to Speak _____

Behavior: (Congruent)  Incongruent  Strange/Odd _____

Thought: (Intact/Logical)  Flight of ideas  Loose associations  Illogical _____

Officer reports: (No Issues)  Feces/ Urine Issues  Acting out  Refusing Rotation  Non-responsive

Officer Present - Not familiar with inmate

yes (no) refused  Significant crisis event within the last week _____

(yes) no refused  Has positive contact / Support of family and friends  _States a visit last week_

(yes) no  Has the client seen the doctor this incarceration or on triage to see the doctor

(yes) no n/a  Meds Ordered _____

(yes) no n/a  Compliant _IM states he takes Trazadone  4/7 Days a week_

yes (no)  Food Log / Water Log _____

(yes) no  SPC Necessary _Per Jail_

(yes) no  Single Cell Necessary _Per Jail_

yes (no)  Housing recommendation?  Clear SPC  Clear S/C  Maintain
Per Jail Standard  Specific Housing Type: _____

yes (no)  Medical Check requested _____

yes (no)  Immediate Doctor/ Supervisor assistance needed _____

**Follow-Up/Comments:**

IM compliant, lucid, & engaged. IM reported he hoarded Celexa "just in case" he wanted to kill himself. He denies SI but reports he did want a "way out" if he got that depressed. IM cell was clean. He states Rx is crushed now so he will not hoard Rx again; requests to try another anti-depressant. MHMR F/Up.

Signature/Credentials: _____  Date: 3/2/14
Jeremy M Sessoms, MA, LPC, LMFT

**TARRANT COUNTY MENTAL HEALTH**
**MENTAL RETARDATION SERVICES**

**PROGRESS NOTE**

CID#: **0819770**

CASE# **001205066**

NAME: **RICKS, CEDRIC**

| STATUS | RU | LOC | ACT. CD | PROJ # | Group No. | TIME SPENT | Prep & Rec Time | Time of Day | CASE NUMBER | REC | ATT | # OF REC | REC TIME |
|--------|-----|-----|---------|--------|-----------|------------|-----------------|-------------|-------------|-----|-----|----------|----------|
| E | 422 | 4 | 4K/4C | 5 | - | 10 | - | 2:25 | 1205066 | 1 | 1 | 1 | 10 |
| E | 422 | 4 | | 5 | - | | - | | | 1 | 1 | 1 | |

**Progress or Lack of Progress/Response:**

**Hygiene:**  Groomed   Disheveled   Bizarre/   Unusual   Malodorous _____

**Affect:**  Normal   Restricted   Blunted   Flat   Inappropriate _____
**Mood:**  Normal   Depressed   Anxious   Elevated   Irritable _____

**Speech:**  Normal   Halting   Pressured   Slurred/Stuttering   Incoherent   Refused to Speak _____

**Behavior:**  Congruent   Incongruent   Strange/Odd _____

**Thought:**  Intact/Logical   Flight of ideas   Loose associations   Illogical _____

**Officer reports:**   No Issues   Feces/ Urine Issues   Acting out · Refusing Rotation · Non-responsive
Officer Present - Not familiar with inmate _____

yes   no   refused   **Significant crisis event within the last week** _____

yes   no   refused   **Has positive contact / Support of family and friends** _____

yes   no   **Has the client seen the doctor this incarceration or on triage to see the doctor**

yes   no   n/a   **Meds Ordered** _____

yes   no   n/a   **Compliant** _____

yes   no   **Food Log / Water Log** _____

yes   no   **SPC Necessary** _current meds hording_____

yes   no   **Single Cell Necessary** _____

yes   no   **Housing recommendation?**   Clear SPC      Clear S/C      Maintain
Per Jail Standard      Specific Housing Type: _____

yes   no   **Medical Check requested** _____

yes   no   **Immediate Doctor/ Supervisor assistance needed** _____

**Follow Up/Comments:**

_I m reported no changes in_
_his mood._

Signature/Credentials: _____    Date: _2-3-14_

**Plan:**
1. Counseling.
2. Trazodone 50mg po qhs for 90 days, crush medication. _— MAR - done_
3. RTC 3M.

**H&P Notes**

No notes found.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traZODone (DESYREL) 50 MG tablet** | 90 tablet | 0 | 3/2/2014 | 5/31/2014 |
| Take 1 tablet (50 mg total) by mouth every evening. Indications: DEPRESSION - Oral | | | | |

**After Visit Summary (AVS)**

No AVS Snapshots are available for this encounter.

**Goals (5 Years of Data)**

None

**Referring Provider**

Unknown Pcp

**BestPractice Advisories**

Click to view BestPractice Advisory history

**Other Encounter Related Information**

Allergies & Medications

Problem List

History

Patient-Entered Questionnaires

# EXHIBIT 20

Lyn

Sent from my iPad


On Jan 23, 2014, at 5:44 PM, "Bill Ray" <bill@billraylawyer.com> wrote:

> It will be in more than one cd.  There is not much mental hx, mostly what the client has reported to dr McGarrahan.  I'll start getting things to you Monday.  Let me know the type machine is necessary for imaging, so I can look for one in Fort Worth, in the event we end up doing that.  Thanks for your help.
>
> Sent from my iPad
>
> Bill Ray
>
>
> On Jan 23, 2014, at 6:38 PM, "Lyn Kiehl" <lkiehl@mrn.org> wrote:
>
>> Good evening,
>>
>> What you suggest would be perfect - selected police reports/crime scene photos to get a sense of the offense, plus the client's statement and all current mental health information you have.
>>
>> In addition, I would also ask for any other records you have pertaining to the client, such as any schools records, employment history, and prior offense history. We would also like any medical and mental health *history* of the client that you have at this time.
>>
>> We look forward to hearing from Dr. McGarrahan regarding her results.
>>
>> A mailed file with a CD works well. Please send the file to:
>>
>> Lyn Kiehl
>> ATTN: MINDSET
>>
>> 1101 Yale Blvd NE
>> Albuquerque, NM 87106
>>
>> There is someone at the office every day between 8 and 5 to receive mail. I will let you know as soon as the file arrives.

# EXHIBIT 21

CAUSE NO. 1325203

| THE STATE OF TEXAS | § | IN THE 371ST |
|---|---|---|
| VS. | § | DISTRICT COURT |
| Cedric Allen Ricks | | TARRANT COUNTY, TEXAS |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared
_Nancy Born_ who, being by me duly sworn, deposed as follows:

My name is _Nancy Born_ I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Oaklawn P.D._ . Attached hereto are _4_ pages/discs of records from _Oaklawn Police Dept_ . These said _4_ pages/discs of records are kept by _Oaklawn P.D._ , in the regular course of business and it was the regular course of business of _Oaklawn P.D._ , for an employee or representative _Oaklawn P.D._ , with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_Nancy Born_
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _4th_ day of
_December_ , 2013.

OFFICIAL SEAL
CARMIE A. O'LEARY
Notary Public - State of Illinois
My Commission Expires Feb 10, 2015

_Carmie A. O'Leary_
Notary Public,
State of _Illinois_

My commission expires _Feb. 10, 2015_

RECEIVED BY
NOV 2 7 2013
OAKLAWN POLICE
DEPARTMENT



# TARRANT COUNTY
OFFICE OF THE
## CRIMINAL DISTRICT ATTORNEY
www.tarrantda.com

Joe Shannon
CRIMINAL DISTRICT ATTORNEY
817/884-1400

JUSTICE CENTER
401 W. BELKNAP
FORT WORTH, TX 76196-0201

Date:                    November 26, 2013

Attn:                    Oak Lawn Police Department – Records Division
                         ATTN: Nancy
                         Office 708-499-7805
                         FAX: 708-422-4225

## DOCUMENTS REQUEST

We are investigation a Capital Murder involving Cedric Allen Ricks 9/8/74 SSN 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.
Please forward a copy of the following items if they are still available.

Oak Lawn Police report and a copy of the original case file to include but not limited any and all
photos, statements, evidence lists on an arrest date of 09/13/1991 for the following offenses;

Criminal Trespass
Reckless Conduct
Disorderly Conduct

Please forward these records to the attention of INVESTIGATOR MARIA HINOJOSA. You
can reach me at 817-884-1646 if you have any questions. My e-mail address is
**mehinojosa@tarrantcounty.com** and fax number is 817-884-1803.

Sincerely,

                                              Scanned / Email
                                              Mug a Rpt.
                                              C557746
Maria Hinojosa                                ★628-91
Criminal Investigator
Cell 469-877-3411

RESTRAIN

10601 South Central Ave

13 SEP 91 1120

H.L Richards high school south parking lot

x | 402

All information, descriptions and statements in this entire report are approximations unless indicated otherwise.

| VICTIM | | | | | | |
|---|---|---|---|---|---|---|
| BROWN TINA Q | F | B | 4-12-75 | H.S. student | 708 | 499-2550 9am-23pm |
| | | | PARK ILL 60643 | | 708 | 385-1458 4pm |
| BROWN Rodia (mother) | F | B | | | | |
| DAVIS Ponchionta | F | B | | | | |
| COOPER JAMES | m | B | | | | |
| Boston LEONARD | m | B | | | | |

**OFFENDER:** Ricks Cedric A | m | B | 17 | 506 | 130 | Brd BLK Med.

NONE.  D/L R-200-1017-4256  #268  371-7985  75113

VEHICLE: 89 Lincoln 4dr BLUE IRH7990 IL 8 91 LNBM93B0K67... 6-28-91

School hallway

**NATURE OF INJURIES:**

**CIRCUMSTANCES:**

**NARRATIVE:**

ON SEPT. 13 1991 At 1151 hours I officer Twomey was dispatched
to 10601 So. Central Ave H.L Richards high school to meet officer
D. Doyle unit #619 in the south parking lot
Officer Doyle and JAMES Cooper security At H.L Richards high school
Along with LEONARD Boston Also Security At the school
Said:

1155

Twomey | 177 | D. Twomey | 13 SEP 91 1155

13 SEP 91 1645

557H

ONLY. REFER TO INCIDENT REPORTING GUIDE FOR PROPER CLASSIFICATION

that at 1030 hours this morning Cedric A Ricks, a student at HiL Richards high school, was told by Carol Theodore, assistant principal of the school, he Cedric A. Ricks, was not to come back to school with out his parents due to a discipline problem. Cedric A. Ricks was then taken home by James Cooper. And was told to stay away from the school.

that at approx 1130 hours Cedric Ricks returned to the school building, entered the hallway, and approached his girlfriend, Tina Brown, and asked her to come with him she refused. Cedric Ricks then picked her up and removed her from the building, and took her to the parking lot and his vehicle.

that James Cooper attempted to stop Cedric Ricks who refused and was driving w/B in the lot. Cooper had to jump on the hood of the car and went in the sunroof to grab the ignition keys to stop the vehicle. Cedric Ricks was detained by officer D Doyle and Cooper and Boston and he was transported O.L P.D Station

that officer D. Doyle notified Tina Browns mother Rodia Brown on the above incident and she is willing to sign a complaint.

Cedric Ricks was transported to O.L.P.D. station by unit 402 and complaints signed by James Cooper for the following.

 Criminal Trespass to State land. Ch. 38-21-5
 Reckless Conduct     Ch 38 12-5
 Disorderly Conduct    Ch. 38 26-1A1
Court date is Oct 28 1991 at 2:30pm RM 105 10220 So. 76th Ave.

I called the felony review State's Attorneys office to have the offense of unlawful restraint "[ ] So Sec. 10-3A approved. Ed Barrett asst. State's attorney did an interview with Tina Brown and Cedric Ricks at the O.L.P.D. station on Sept. 14 1991 after the interview Mr. Barrett would not approve the charge of unlawful restraint. due to the victim would not cooperate as to the States prosecution of the case
Witness #4 Springer Cindy FIB 125/A [ ]

C-55774

**THE FACTS FOR PROBABLE CAUSE TO ARREST INCLUDE, BUT ARE NOT LIMITED TO, THE FOLLOWING:**

That on Sept. 13 1991 at 1130 hours. CEDRIC RICKS ENTERED H.L. Richards high school After being told by JAMES COOPER security At 1030 hour 9-13-91 he was not Allowed to, then CEDRIC RICKS physically picked up TINA BROWN And Removed her from the school to the parking lot. JAMES COOPER attempted to stop CEDRIC RICK'S who I was in his VEhicle, MR COOPER had to jump into the vehicle and he went thru the SUNROOF to grab the ignition Keys to Stop the VEhicle.

I do solemnly, sincerely, and truly declare and affirm that the facts stated herein are accurate to the best of my knowledge.

First Arresting/Appearing Officer's Signature

V. Twomey #177

Deputy Clerk

Aurelia Pucinski   9·13·91

Do Not Separate Docs



**Imaging** Request

Cause # ☒  1 3 2 5 2 0 3
Incident # ☐ _____
(Insert Cause or Incident # Above)

Calvin Riles
Defendant

Work Product: ☐ Yes ☒ No   RUSH ☐ Yes ☒ No
Return to ☐ Case File or ☒ Specific Individual
(Listed Below)

Person
Req.: _____ Gill _____   Tel.
Ext. 1622

Add'l Case Info
☐ Shred   Oak Lawn PD

Tarrant County
Justice Center
401 W. Belknap
Fort Worth, TX 76196-0201
Attn: M. Hinojosa

# EXHIBIT 22

SHARE

# Secret Testimony: Judge Acted as Prosecutor

By Danny Robbins • Published February 21, 2010 • Updated on February 21, 2010 at 5:30 pm

For years, probation revocation cases involving thousands of defendants moved through the courtroom of one Texas judge with remarkable efficiency.

Robert K. "Bob" Gill disposed of nearly 8,000 such cases in 14 years as a state district judge before his retirement in 2007. No other judge in Tarrant County handled more.

But the method he used to clear his docket, detailed in secret testimony obtained by The Associated Press, raises fairness and ethical concerns for legal experts and leads some to believe that many of the revocations could be overturned.

An attorney who regularly represented indigent probationers facing revocation in Gill's court has testified that the judge personally negotiated plea deals, a role normally reserved for prosecutors. Rejecting Gill's offer often meant a tougher sentence if he later heard the case and decided a violation occurred, the attorney, William H. "Bill" Ray, said under oath.

## Local

The latest news from around North Texas.



**27 MINS AGO**

NBC 5 Responds Helps Viewer Get Refund After Waiting More Than a Year



SHARE

Dallas Police Investigating Shooting Death of Man Whose Body Was Found Near Dumpster

"In his court as opposed to other courts, there was no interaction with the prosecutors," Ray testified. "They didn't enter into the conversation unless it became a contested matter."

Ray, a well-known Fort Worth criminal defense attorney, testified at a hearing in federal court last May that was part of a case that has since been sealed. Documents from the case were obtained by the AP.

The testimony suggests conduct that would violate defendants' constitutional right to due process, according to some who study criminal law and judicial matters.

"The judge, after all, is supposed to be a neutral referee," said John Schmolesky, a law professor at St. Mary's University in San Antonio.

Attorneys who specialize in post-conviction issues said Ray's testimony raises the possibility that every revocation in Gill's court could be challenged, although defendants who have already been denied relief on other grounds would face significant legal hurdles.

Nearly 60 percent of the probationers who wound up back in Gill's court had their probations revoked, according to Tarrant County court data reviewed by the AP.

Gill, who now works as a deputy chief in the Tarrant County district attorney's office, said in an interview that Ray's testimony, while generally accurate, was an "oversimplification."

He said he made sentence "recommendations," not plea deals, and only when defense attorneys asked. He said he felt comfortable doing it because he knew the cases and the probation system better than prosecutors.

"To me, it was cutting out a step that was unnecessary," he said.

Gill said he saw no conflict in presiding over hearings in cases where his recommendations were

SHARE

information.

He said he recused himself the one time an attorney complained.

The Tarrant County District Attorney's Office was aware of what Gill was doing, said Alan Levy, chief of the criminal division. Although he acknowledged that the judge's procedure was "contrary to the way every other court has ever handled these cases," he said the DA's office went along with it because cases moved rapidly, sentences seemed to fit the offenses and defense attorneys didn't complain.

"No, (the process) was not approved by us," Levy said. "But he's the judge. It's his court. If we were worried about our rights, I suppose we could have intervened at some point. But it wasn't our rights (being affected)."

The county's longtime DA, Tim Curry, died last April. He was replaced by Joe Shannon, chief of the economic crimes unit. Shannon said he had no knowledge of Gill's method for handling probation revocations until the AP asked about it.

Gill's procedure became an issue during a hearing on a writ of habeus corpus filed on behalf of a mentally ill woman whose probation was revoked in his court in 2007.

The woman, Sandra Wilson, contended that Ray, her court-appointed attorney, was ineffective because he failed to mention her mental condition even after she tried to hang herself in her jail cell.

The focus shifted to Gill when Ray testified that Wilson received a 15-year prison sentence after she rejected a plea deal in which the judge offered 12 years.

U.S. District Judge John McBryde later vacated Wilson's sentence on the grounds of ineffective counsel. But he also noted Gill's "unusual procedure" for sentencing and said he had "serious concern" that it denied Wilson due process.

A day after issuing his ruling, McBryde sealed the case, citing its "sensitive nature."

SHARE

contains "highly personal" information about Wilson that he didn't believe the public should have access to.

Roderick White, the Fort Worth attorney who successfully argued Wilson's case, declined to be interviewed, citing the sealing order. However, in an e-mail, he said he is concerned "for the potentially widespread federal and state constitutional rights violations inherent in Judge Gill's probation revocation process."

Ray said in an interview that he disclosed McBryde's ruling to Tarrant County's district court judges and they have allowed him to continue representing indigent defendants on the condition that he attend a five-hour seminar on mitigation.

Ray has received more than $1.3 million from court appointments in Tarrant County the last five years, the most of any attorney, according to data compiled for the AP by the county auditor.

In giving Ray most of the appointments for probation revocations in his court, Gill bypassed the rotation system, or "wheel," usually used for matching attorneys with indigent defendants.

The Texas Fair Defense Act, in effect since 2001, requires counties to have an impartial system for making court appointments, but it doesn't explicitly state that probation revocations must be included. Consequently, some counties, including Tarrant, allow judges to choose attorneys for those cases.

Ray earned $710,000 from his work in Gill's court between 2001 and 2007, an amount that represented 43 percent of his total earnings from court appointments, according to the auditor.

When Gill ran for re-election in 2004, Ray was the largest contributor to the campaign, giving the judge, who was unopposed, $1,000.

Gill said his relationship with Ray was no different from any other defense attorney and that the appointments were based on Ray's reputation as a hard worker.

"I wanted someone who would get to work on the cases and would be available to the court when I

# EXHIBIT 23

# TARRANT COUNTY SHERIFF'S OFFICE
## DETENTION OPERATIONS COMMAND

◯ OFFENSE     ◯ INCIDENT     ◉ MISCONDUCT     ◯ MEDICAL REPORT

DATE: 2/2/14 _____ TIME: 2000 _____     SERVICE NUMBER _____

SUBJECT: Ricks, Cedric _____     SUBJECT: _____

CID: 0819770 _____ RACE: B ___ SEX: M     CID: _____ RACE: _____ SEX: ____

DOB: 09/08/1974 ___ LOCATION: 55A _____     DOB: _____ LOCATION: _____

### NARRATIVE:

On Sunday, February 2, 2014, I, Officer Sifuentes #72917, was assigned to zone 1 on the 7th floor, at Tarrant County Corrections Center 2nd shift. During a shake down in the housing unit 55A, at approximately 1536 hours I and Officer Kelsey began searching cell 19 which belong to Inmate Ricks, Cedric #0819770. While conducting the cell search I found a sealed grievance envelope under Inmate Ricks mattress, I felt something hard inside the grievance envelope. I handed it to my supervisor Sgt Smith, he then proceeded by opening the grievance in the presence of Inmate Ricks. A piece of balled up toilet paper was found inside the envelope which contained several pills inside of it (12 orange-brown and 1 white tablet). At that time Officer Humphries took the pills to medical so they can be identified. Inmate Ricks was written a disciplinary for violation of rule E13 (Possession or manufacture of unauthorized drugs or medications). He was identified by his county issued ID.

REPORTING OFFICER'S SIGNATURE _____     PRINT NAME     EMPLOYEE#

_____ _Traci_ _____     F. Sifuentes _____     72917 _____

### CORRECTIONAL PROCEDURES

Pills were identified as Citalopram (orange-brown) & Trazodone (white tablet). He is prescribed the medication, but has not been taking it. All reports forwarded up the Chain of Command, Disciplinary Committee, and Inmate File.

SUPERVISOR'S SIGNATURE _____     PRINT NAME     EMPLOYEE#
_Corporal P. Smith_ _____     Corporal P. Truax _____     56824 _____

WATCH COMMANDER'S SIGNATURE _____     PRINT NAME     EMPLOYEE#
_H K Reynolds_ _____     L.K Reynolds _____     52491 _____

REVIEWED BY _____     PRINT NAME _____     EMPLOYEE# _____

Ver. 1.3 08/2004

Sgt Smith —          Kelsey Cert. mental
                                    Health
                                    Dep.
                              after incident

reg - shake down of cells —
        SPC Housing    [Special precaution unit]


not much in there cells
red high risk


Matress on floor sink
24 Cells = all searched during shake
down — even shared areas —


4 Cooperative — may have set him at
table in day room —


Grievence envelope picked up by Sifuentes
felt ab normal. — marked


big env — marked legal grievance env —
inside =


                              Humphreys
all looked at Pills — took to medical
identified there =


Pills would go to resource office — nurse —
might have identified =

Brianna Humphries -

Humphrise = took to medical =
Sgt Smith to get me #

not sure if Ricks can buy from comisary =

if Prescribed - minor =

if NOT - E13 - unauthorized meds =

if he had spoken about why whould have
noted in records =

Opening GRE Vance permitted

Sgt. Smith pusted because
Not authorized to have in possession = only take =
→ approved E-13 -

pled guilty = was in ss - situation does not look
good - kept pills because wants to kill himself
a times - Now taking pills but Saved in past.

Ricks quiet - seems to have accepted his fattc.
will talk if asked questions.
in Calm place now -

   *    told. Relsuy knew he was going to dee ⇒
        said doit know that yet - Don't think about
        it now.

Most of the time    younger kids Challenge
authority —

Serious charges — not issue normally
—

Can only do writing in open area —
Can have · SPU Pen =
No Reg- Pens or Pencils =
Inmates get half pencils not reg pencils

They have bags in locker when in Day Room =
writing pencil (short) — put back in Bag =

indigent — gets short Pencil + 3 sheets Paper =

legal wk & ID only go to court =

No Female gards assign to him — maybe relief
short time =

Use to talk to godwin = in cell 21
in (arlington Officer arrested on internet Porn)

every inmate is dangerous =
why have shake downs =

# EXHIBIT 24

4/14/14

unit supposed to have mental health cert.
Lidsey is new — wasn't there

regular scheduled shake down

group of officers met together to do
4-10 officers

SVC housing unit

very little to search 5 bc of mental health state

D one of few cells w/ anything in it

24 cells in this suite

searched all cells — all inmates pulled down

all areas searched

D ~~was staying in~~

one set at D's cell 5 bc had lots of papers

D cooperative

Smith    most common area to hide stuff is paperwork & envelopes
— ~~mental~~ legal

SF    was in an ~~overbook~~ folder marked "legal"

Smith    can search legal work — but have to do so without ? of reads
any mail searched a way in = w/o reading

Smith    has found lots in grievance envelopes
most try to hide stuff lots of papers
if grievances were stuck would have given back to inmate
all told needs be destroyed

by ??? it would be w/ inmate
presently should destroy ???

didn't note lipid. stuff just enthusial
none had any idea what the vids were
lots of change in records.
would take pills to Resource office
charge nurse or EMT's will look at
probably not documented

Humphries (sh) out on med. leave

can now buy ibuprofen from commissary

this is a special manage unit and assit meds
are supposed to be crushed
if prescribed and honestly it a minor disciplinary
if not prescribed then it's major
E-13 is a major — but report says he was prescribed
may have had an opinion change on disp. charge
some Lieutenant de will pursue higher charges
or they can downgrade it

Kelsey has no other problems w/ A

if D had said anything they would have noted it

south they can open grievances — but like to have a good reason
can give sealed grievance to any officer — one by has
call every 30 minutes or so

Francisco Sifuentes
Sheldon Lelroy
Greg   Smith        imps. representing conference
                    — out of ___ 5/8-20
Briana Humphries

Smith/ D charged w/ E-13 and guilty of E-13
in past had seen meds they are allowed to some
D authorized to take but not save these meds

in leaving D says →     been there 7 months
PF                       my situation is not good
                         but the some days, I
Smith thinks he pushed   want to loll self or deep pills
E13 to see if it will    for psychology thing and I
go — trying to lighten up have kept them for awhile
— he would make that     — they find them and that's
decision for change      why I'm here today
                         situation is and Bunbeanble
                         at only God can switch mental
⊗ D starting to accept   gift them it
what he did — sk         I haven't been keeping anymore
"I know what's gonna happen to me" If I can get thru it I will
D getting self institutionalized move on to the next chapter in
                         my life

                         →

Ste — the mes w/ the greater charge before Seth Ste
  they don't want anything following them
    longer mes cause problems


old cons are easy — young kids can cause problems
she's made issues
D probably only supposed to write in day room
now have spc pens that are safe
they never get regular pencil or pen
the only pencil they have for inmates are "soft" type
housing unit has lockers in hallway — keep inmate personal
stuff there that they can't have in cell — but can have in
day room
indigent supplies have a pencil in it
commissary sells cheap biz pens   — gray in color
D probably smuggling pencil for bad purposes
all he should bring to court is paperwork & ID   (not even pen)


FS — inmates patted down b/4 going to court


no female guards on their shift that have much contact w/ D

D used to spend time w/ inmate Godwin   — whyatin cop?
                                      indecency


Captain Denton

# EXHIBIT 25

CAUSE NO. 1325203

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 371ST |
| VS. | § | DISTRICT COURT |
| Cedric Allen Ricks | | TARRANT COUNTY, TEXAS |

## AFFIDAVIT

Before me, the undersigned authority, personally appeared _Jim Mullett_ who, being by me duly sworn, deposed as follows:

My name is _Jim Mullett_ I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of _Garvin County Sheriff's Office_ Attached hereto are _11_ pages/discs of records from _C.C.S.O._ . These said _11_ pages/discs of records are kept by _C.C.S.O._ , in the regular course of business and it was the regular course of business of _C.C.S.O._ , for an employee or representative _C.C.S.O._ , with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

_____
AFFIANT

SWORN TO AND SUBSCRIBED before me on the _28_ day of _January_ , 20_14_ .

_____
Notary Public,
State of _Oklahoma_

My commission expires _3-23-17_ _____





# GARVIN COUNTY SHERIFFS OFFICE
201 W. Grant  Pauls Valley,  Oklahoma    73075
(405)238-7591

# RELEASE SHEET

| PARTY INFORMATION | | |
|---|---|---|

# RICKS, CEDRIC ALLEN

| | |
|---|---|
| Booking Number | 2013-04314 |
| LiveScan Number | 000201304314 |
| LiveScan Profile | Non-Serious |



| | |
|---|---|
| DOB | 9/8/1974 |
| Age | 38 |
| Sex | MALE |
| Race | BLACK |
| Hair | BLACK |
| Eye | BROWN |
| Ethnicity | NOT HISPANIC ORIGIN |
| Height | 5 7" |
| Weight | 162 lbs. |
| Birth City | CHICAGO |
| Birth Place | ILLINOIS |

Submitted Date  5/2/2013 03:51

Driver License      ▓▓▓▓▓▓      State  IL Expiration  9/8/2016
Social Security Number      ▓▓▓▓▓

HOME ADDRESS
| | |
|---|---|
| Address | 1436 PARK PLACE AVE APT 734 |
| City | BEDFORED |
| State | TX |
| Zip Code | 76022 |
| Phone | (773)617-3830 |

| EMERGENCY CONTACT INFORMATION | | | |
|---|---|---|---|
| Name | RICKS, ELLEN | Relationship | MOTHER |
| Address | BEVERLY, IL ▓▓▓▓ | | |

| BOOKING INFORMATION | | | |
|---|---|---|---|
| Booking Number | 2013-04314 | Booked Date | 05/02/2013 04:12 |
| Booked Type | FULL BOOKING | Cell Number | CELL 3 |
| Classification | MEDIUM SECURITY | Custody Status | |
| Medical Eligible | YES | Med. Eligible Start | 05/02/2013 04:12 |
| Inmate Status | CONFINED BUT NOT CONVICTED | | |
| Booking Officer | ARELLANO, NIYA MARIE | | |
| Searched Officer | Choate, Shiloh | | |
| | SEARCH CLOTHING,  SEARCH PATDOWN | | |
| Call Made | NO | | |
| Inmate is an Immigration Alien ?  NO | | | |

| RELEASED INFORMATION | | | |
|---|---|---|---|
| Released Date | 05/03/2013 14:09 | Reason | TRANSPORTED TO OTHER FACILITY |
| Total Days In Jail | 2  Day(s) | Released Officer | KING, ANTHONY |
| Bondsman | | | |
| Released Notes | | | |

RELEASED



# GARVIN COUNTY SHERIFFS OFFICE

201 W. Grant  Pauls Valley, Oklahoma  73075
(405)238-7591

# RELEASE SHEET

## ARREST INFORMATION

| | |
|---|---|
| Arrest Date | 05/02/2013 04:12 |
| Arresting Agency | OKLAHOMA HIGHWAY PATROL |
| Arresting Officer | Green, Heath |
| Type Of Arrest | ON-VIEW ARREST (TAKEN INTO CUSTODY W/O WARRANT OR INCIDENT REPORT) |
| Arrest Location | |
| Arrest Local ID | |
| DUI / DWI Arrest ? | NO |

| | | | |
|---|---|---|---|
| Finger Print Taken | YES | Finger Print # | |
| Photo Taken | NO | NCIC Check | NO |
| Cited | NO | Citaiton Number | |
| Gang/Tribe/Affiliation | | | |

Was arrestee armed with weapon?  NO

Is the arrestee under 18 years of age?  NO

Attorney
Bondsman

## CHARGE INFORMATION

### CASE NUMBER 1

| | | | |
|---|---|---|---|
| Case Number | | Warrant Number | |
| Court | | Department | |
| Court Date | | Sentence Start | |
| Bail Type | | Bail Amount | |

### CHARGE NUMBER 1

| | | | |
|---|---|---|---|
| Charge From | Arrest | Charge Type | Hold |
| Charge Desc. | WARRANTS FOR BEDFORD PD | | |
| Disposition | Transported to other facility | | |

## PROPERTY INFORMATION

| NO. | Location | Released Date | Description |
|---|---|---|---|
| 1 | TOTE | 05/03/2013 14:09 | TOTE 21 EVIDENCE BAG WITH A TOOTH FOLLOWING ITEMS WERE TAKEN AS EVIDENCE FOR HIS CASE.....GREY SHIRT, WHITE HAT, BLACK SWEATPANTS, WHITE AND BLUE SHOES, BROWN BRUSH, GOLD IN COLOR NECKLACE WITH CROSS PENDANT, RED COLORFUL ED HARDY LIGHTER, BLACK WALLET CONTAINING ILLINOIS DL, MISC BANK CARDS, MISC PAPERS, SILVER IN COLOR WATCH, SET OF CAR KEYS WITH SILVER AND RED FLASHLIGHT, BLACK NISSAN KEY PHOB |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY AND FIND IT TO BE ACCURATE.
I HAVE ANSWERED THE MEDICAL QUESTIONS ACCURATELY.
I HAVE READ AND UNDERSTAND THE JAIL RULES.
I HAVE RECEIVED ALL OF THE ABOVE PROPERTIES BACK.

INMATE SIGNATURE _____

RELEASED OFFICER _____ DATE S-3-13 TIME 4:14

*If inmate is released to another agency.*
RELEASED TO AGENCY _____

**TRANSPORTING OFFICER**    _____    _____
                                      Name                          Signature

**DATE / TIME**    _____



**GARVIN COUNTY SHERIFFS OFFICE**
201 W. Grant  Pauls Valley, Oklahoma   73075
(405)238-7591

# BOOKING SHEET

| PARTY INFORMATION | |
|---|---|

# RICKS, CEDRIC ALLEN

| | | |
|---|---|---|
| **Booking Number** | 2013-04314 |
| **LiveScan Number** | 000201304314 |
| **LiveScan Profile** | Non-Serious |



| | |
|---|---|
| **DOB** | 9/8/1974 |
| **Age** | 38 |
| **Sex** | MALE |
| **Race** | BLACK |
| **Hair** | BLACK |
| **Eye** | BROWN |
| **Ethnicity** | NOT HISPANIC ORIGIN |
| **Height** | 5 7" |
| **Weight** | 162 lbs. |
| **Birth City** | CHICAGO |
| **Birth Place** | ILLINOIS |

Submitted Date  5/2/2013 03:51

| | | | | |
|---|---|---|---|---|
| **Driver License** |  | **State** IL **Expiration** 9/8/2016 |
| **Social Security Number** | | |

**HOME ADDRESS**

| | |
|---|---|
| **Address** | 1436 PARK PLACE AVE APT 734 |
| **City** | BEDFORED |
| **State** | TX |
| **Zip Code** | 76022 |
| **Phone** | (773)617-3830 |

| EMERGENCY CONTACT INFORMATION | | | |
|---|---|---|---|
| **Name** | RICKS, ELLEN | **Relationship** | MOTHER |
| **Address** | BEVERLY, | | |

| BOOKING INFORMATION | | | |
|---|---|---|---|
| **Booking Number** | 2013-04314 | **Booked Date** | 05/02/2013 04:12 |
| **Booked Type** | FULL BOOKING | **Cell Number** | CELL 3 |
| **Classification** | MEDIUM SECURITY | **Custody Status** | |
| **Medical Eligible** | YES | **Med. Eligible Start** | 05/02/2013 04:12 |
| **Inmate Status** | CONFINED BUT NOT CONVICTED | | |
| **Booking Officer** | ARELLANO, NIYA MARIE | | |
| **Searched Officer** | Choate, Shiloh | | |
| | SEARCH CLOTHING, SEARCH PATDOWN | | |
| **Call Made** | NO | | |
| **Inmate is an Immigration Alien ?** | NO | | |

| ARREST INFORMATION | |
|---|---|
| **Arrest Date** | 05/02/2013 04:12 |
| **Arresting Agency** | OKLAHOMA HIGHWAY PATROL |
| **Arresting Officer** | Green, Heath |
| **Type Of Arrest** | ON-VIEW ARREST (TAKEN INTO CUSTODY W/O WARRANT OR INCIDENT REPORT) |



# GARVIN COUNTY SHERIFFS OFFICE

201 W. Grant  Pauls Valley, Oklahoma  73075
(405)238-7591

# BOOKING SHEET

## ARREST INFORMATION (continued)

| | | | |
|---|---|---|---|
| Arrest Location | | | |
| Arrest Local ID | | | |
| DUI / DWI Arrest ? | NO | | |
| | | | |
| Finger Print Taken | YES | Finger Print # | |
| Photo Taken | NO | NCIC Check | NO |
| Cited | NO | Citaiton Number | |
| Gang/Tribe/Affiliation | | | |

Was arrestee armed with weapon?  NO

Is the arrestee under 18 years of age?  NO

Attorney
Bondsman

## CHARGE INFORMATION

### CASE NUMBER 1

| | | |
|---|---|---|
| Case Number | Warrant Number | |
| Court | Department | |
| Court Date | Sentence Start | |
| Bail Type | Bail Amount | |

### CHARGE NUMBER 1

| | | | |
|---|---|---|---|
| Charge From | Arrest | Charge Type | Hold |
| Charge Desc. | WARRANTS FOR BEDFORD PD | | |
| Disposition | | | |

## PROPERTY INFORMATION

| NO. | Location | Released Date | Description |
|---|---|---|---|
| 1 | | | $0.00  [CASH] |
| 2 | TOTE | | TOTE 45.....GREY SHIRT, WHITE HAT, BLACK SWEATPANTS, WHITE AND BLUE SHOES, BROWN BRUSH, GOLD IN COLOR NECKLACE WITH CROSS PENDANT, RED COLORFUL ED HARDY LIGHTER, BLACK WALLET CONTAINING ILLINOIS DL, MISC BANK CARDS, MISC PAPERS, SILVER IN COLOR WATCH, SET OF CAR KEYS WITH SILVER AND RED FLASHLIGHT, BLACK NISSAN KEY PHOB |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND MONEY AND FIND IT TO BE ACCURATE.
I HAVE ANSWERED THE MEDICAL QUESTIONS ACCURATELY.
I HAVE READ AND UNDERSTAND THE JAIL RULES.

INMATE SIGNATURE _____

BOOKING OFFICER _____    DATE 5/21/13    TIME 0412



# GARVIN COUNTY SHERIFFS OFFICE

201 W. Grant  Pauls Valley, Oklahoma  73075-0
(405)238-7591

## MEDICAL QUESTIONNAIRE

**Booking Number** 2013-04314
**Booked Date** 5/2/2013  04:12
**Sex** Male

**Inmate Name** RICKS, CEDRIC ALLEN
**Date Of Birth** 09/08/1974
**Race** Black

---

**Visual Assessment**

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | Any signs of poor skin condition, vermin, rashes or needle marks? |
| ☐ | ☑ | Any visible signs of alcohol or drug withdrawal? |
| ☐ | ☑ | Does inmate appear to be under the influence of drugs or alcohol? |
| ☐ | ☑ | Does inmate appear to have psychiatric problems? |
| ☐ | ☑ | Does inmate have any physical deformities? |
| ☐ | ☑ | Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate emergency or doctor's care? |
| ☐ | ☑ | Does inmates behavior suggest the risk of suicide or assault? |
| ☐ | ☑ | Is inmate carrying medication? |
| ☐ | ☑ | Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that might spread though the facility? |

---

**Have you ever had / Do you have?**

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | Allergies |
| ☐ | ☑ | Arthritis |
| ☐ | ☑ | Asthma |
| ☐ | ☑ | Diabetes |
| ☐ | ☑ | Epilepsy |
| ☐ | ☑ | Fainting Spells |
| ☐ | ☑ | Heart Condition |
| ☐ | ☑ | Hepatitis |
| ☐ | ☑ | High Blood Pressure |
| ☐ | ☑ | HIV/AIDS |
| ☑ | ☐ | Other (specify) |
| | | **Explaination:** ANEMIC |
| ☐ | ☑ | Psychiatric Disorder |
| ☐ | ☑ | Seizures |
| ☐ | ☑ | Tuberculosis |
| ☐ | ☑ | Ulcers |



# GARVIN COUNTY SHERIFFS OFFICE

201 W. Grant  Pauls Valley, Oklahoma  73075-0
(405)238-7591

## MEDICAL QUESTIONNAIRE

**Booking Number** 2013-04314
**Booked Date** 5/2/2013  04:12
**Sex** Male

**Inmate Name** RICKS, CEDRIC ALLEN
**Date Of Birth** 09/08/1974
**Race** Black

---

**Have you ever had / Do you have?**

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | Venereal Disease |

**General Question**

| Yes | No | |
|-----|-----|---|
| ☐ | ☑ | 14 day physical |
| ☐ | ☑ | Are you allergic to any medication? |
| ☐ | ☑ | Blood Pressure and Pulse |
| ☐ | ☑ | Do you currently take any medication prescribed by a doctor? |
| ☐ | ☑ | Do you have a special diet prescribed by a physician? |
| ☐ | ☑ | Do you have any handicaps or conditions that limit activity? |
| ☐ | ☑ | Do you have any other medical problems we should know about? |
| ☐ | ☑ | Do you have any problems or pain with your teeth? |
| ☐ | ☑ | Do you have any problems when you stop drinking or using drugs? |
| ☐ | ☑ | Do you need to go to the hospital |
| ☑ | ☐ | Do you smoke cigarettes? |
| | | **Explaination:** 1/2 PACK PER DAY |
| ☐ | ☑ | Have you ever attempted suicide or are you thinking about it now? |
| ☐ | ☑ | Have you recently been hospitalized or treated by a doctor? |
| ☐ | ☑ | TB Test |
| ☐ | ☑ | Temperature |

**Insurance**
**Doctor**

---

**Emergency Contact Person**

**Relationship** MOTHER
**Name** RICKS, ELLEN
**Address**

Case 4:20-cv-01299-O     Document 18-2     Filed 11/17/21     Page 39 of 70     PageID 311



# GARVIN COUNTY SHERIFFS OFFICE

201 W. Grant  Pauls Valley, Oklahoma  73075-0
(405)238-7591

## MEDICAL QUESTIONNAIRE

**Booking Number**  2013-04314
**Booked Date**  5/2/2013   04:12
**Sex**  Male

**Inmate Name**  RICKS, CEDRIC ALLEN
**Date Of Birth**  09/08/1974
**Race**  Black

**City**        BEVERLY
**State**       ILLINOIS
**Zip**
**Phone**       (708)720-5710

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

_____          _____
        Inmate's Signature                              Officer

_____
        Date  /  Time

**Imaging**
Request

Cause # ☒ _1 3 2 5 2 3_
Incident # ☐ _____
(Insert Cause or Incident # Above)

_Cedric Ricks_
Defendant

Work Product: ☐ Yes ☒ No   **RUSH** ☐ Yes ☒ No

Return to: ☐ Case File or ☒ Specific Individual
(Listed Below)

Person _Gill_   Tel. _1612_
Req.: _____   Ext. _____

_Add'l Case Info_
_TCSO Records_

# EXHIBIT 26

# GARVIN COUNTY SHERIFFS OFFICE
## JAIL INCIDENT REPORT

**Report Number**   GLASSR20130502
**Date / Time**   05/02/2013 16:28
**Incident**
**Officer**   GLASS, ROYCE

| NAME | BOOKING NO. | FACILITY | CELL | CLASSIFICATION |
|------|-------------|----------|------|----------------|
| EXUM, STEVEN PAUL | 2013-04179 | GARVIN COUNTY DETENTION FACILITY | CELL 8 | MEDIUM SECURITY |
| HAMMER, JUSTIN LEE | 2012-01960 | GARVIN COUNTY DETENTION FACILITY | CELL 7 | MAXIMUM SECURITY |
| JONES, CORY RYAN | 2013-04023 | GARVIN COUNTY DETENTION FACILITY | CELL 6 | MEDIUM SECURITY |
| MORRISON , CASEY BRIAN | 2012-03153 | GARVIN COUNTY DETENTION FACILITY | CELL 8 | MEDIUM SECURITY |
| RICKS, CEDRIC ALLEN | 2013-04314 | GARVIN COUNTY DETENTION FACILITY | CELL 3 | MEDIUM SECURITY |

**Narrative**

On May 2, 2013 at approximately 1630 hours, I was working in the Garvin County Detention Center when I heard an inmate screaming. The screaming was coming from the direction of cells 4 and 5. I then began watching the cameras in the cells to try and locate the source of the screaming. I located the disturbance in the hallway leading to cells 6 and 7. I observed one inmate striking another inmate in the head repeatedly. I immediately recognized the attacking inmate as Casey Morrison. I informed Deputy Cheryl Dutton that we had a fight and where it was located. Deputy Dutton called for deputies to the jail for assistance. At this time Sergeant Matt Garrison from Pauls Valley Police Department entered the jail to return an inmate from municipal court. Sergeant Garrison began walking towards cells 6 and 7 with me when I observed Sheriff Larry Rhodes, Undersheriff Jim Mullett, and Lieutenant David Lansdale enter the jail. As I entered the hallway to cells 6 and 7 I observed inmate Cory Ryan Jones in an agitated stated with balled up fists. Another inmate that I did not know began approaching me. This inmate, later identified as Cedrick Allen Ricks, had a swollen left eye and his face had blood on it. I gained control of Inmate Jones by placing him against the wall and holding his hands behind his back. Sheriff Rhodes ordered all inmates out of the cells and into the hallways against the wall. During this time, I heard Inmate Jones make the statement; "That nigger got what he deserved for killing a 12 year old." Also Inmate Jones stated he injured his finger from when he punched Inmate Ricks. I also heard Inmate Morrison say that Inmate Ricks killing his 12 year old child was no accident, but you running into these, he was holding his fists up, was an accident. Both Inmate Jones and Morrison made statements referring to how proud they were that they attacked Inmate Ricks and continually used racial slurs in reference to Inmate Ricks. Inmate Ricks was transported to the hospital for his injuries. I removed Inmate Jones and placed him into cell 3 for safety. Inmate Morrison was placed in the holding cage in the booking area with the rest of the inmates in cells 6 and 7. After cells 6 and 7 were searched, all inmates were returned to them. Inmate Justin Hammer was removed from cell 7 and placed into cell 8. Inmate Ricks was returned to the Garvin County Detention Center. On orders from Lieutenant Josh White, Inmate Ricks was placed in a suicide gown and given a suicide blanket. Inmate Ricks was placed on 15 minute site checks in Cell 3. Upon review of the tape I observed Inmate Ricks lying in his bunk as Inmate Morrison struck him with a closed fist without provocation. I noticed Inmate Steven Paul Exum block the view of the camera in cell 6 in an attempt to keep deputies from being able to see the fight taking place. I also witnessed Inmate Justin Hammer hold the door to cell 6 shut to keep Inmate Ricks inside the cell so that he could not get away from his attacker.

**Investigation**

**Disposition**

_____    _____

Case 4:20-cv-01299-O    Document 18-2    Filed 11/17/21    Page 43 of 70    PageID 315

Staff Member                                    Supervisor

_____
Date

# EXHIBIT 27



# TARRANT COUNTY DISTRICT ATTORNEY
## SPECIAL CRIMES UNIT

---

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| **TO:** | **FROM:** |
| Theda | Maria Hinojosa |
| **COMPANY:** | **DATE:** |
| Pauls Valley General Hospital | 11/13/2013 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 405-238-9261 | 3 |
| **PHONE NUMBER:** | **SENDER'S PHONE NUMBER:** |
| ▉▉▉▉ | ▉▉ ▉▉▉ |
| **RE:** | **FAX NUMBER:** |
| Copy of Medical Records | (817) 884-1803 |

---

**NOTES/COMMENTS:**

Please Fax copy to 817-884-1803 and then mail original to Inv. Maria Hinojosa, 401 West Belknap, Fort Worth, TX 76196. Feel free to call with any questions.

---

## 401 W. BELKNAP, FT. WORTH, TX 76196

CAUSE NO.    1325203

THE STATE OF TEXAS              §    IN THE 297th
VS.                            §    CRIMINAL DISTRICT COURT
CEDRIC ALLEN RICKS             §    TARRANT COUNTY, TEXAS

<u>AFFIDAVIT</u>

Before me, the undersigned authority, personally appeared
*Theda Maddox* who, being by me duly sworn, deposed as follows:

My name is *Theda Maddox*    I am of sound mind,
capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of *Pauls Valley General Hospital*
Attached hereto are _45_ pages/discs of records from
*Pauls Valley General Hospital* These said _45_ pages/discs of records are kept
by    *Health Information Dept* the regular course of business and it was
the regular course of business of    *8am 4:30 pm    PVGH*,
for an employee or representative *Pauls Valley General Hospital*,
with knowledge of the act, event, condition, opinion or diagnosis, recorded to make the
record or to transmit information thereof to be included in such record; and the record
was made at or near the time or reasonably soon thereafter. The records attached hereto
are the original or exact duplicates of the original.

AFFIANT

SWORN TO AND SUBSCRIBED before me on the _13th_ day of
*November*, 2013.

Notary Public,
State of *Oklahoma*

My commission expires    *1-3-15*



# TARRANT COUNTY

### OFFICE OF THE
### CRIMINAL DISTRICT ATTORNEY

www.tarrantda.com

Joe Shannon
CRIMINAL DISTRICT ATTORNEY
817/884-1400

JUSTICE CENTER
401 W. BELKNAP
FORT WORTH, TX 76196-0201

Date:            November 13, 2013

Attn:             Pauls Valley General Hospital – Health Information
                ATTN Theda
                Phone: 405-238-5501
                Fax: 405-238-9261

# <u>DOCUMENTS REQUEST</u>

Please provide a copy of any and all medical records and completed affidavit pertaining **Cedric Allen Ricks B/M 09/08/1974 from 5/1/13 to present** as soon as they are available:

Please forward these records to the attention of INVESTIGATOR MARIA HINOJOSA. You can reach me at ▆▆▆▆▆▆ if you have any questions. My e-mail address is **mehinojosa@tarrantcounty.com** and fax number is 817-884-1803. Please FAX a copy if possible and then Mail the original to Inv. Maria Hinojosa, 401 West Belknap, Fort Worth, TX 76196.

Sincerely,

*Maria Hinojosa*

Maria Hinojosa
Criminal Investigator
Special Crimes Unit

Emergency Department
Visit No. 001035063

**Pauls Valley**
GENERAL HOSPITAL   100 VALLEY DRIVE, PAULS VALLEY, OK 730750368 (405)238-5501

### PATIENT

| PATIENT NAME AND ADDRESS | SOC-SEC-NO | | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|---|
| **RICKS, CEDRIC ALLEN** 1436 PARKPLACE AVE BEDFORD, TX 76022 76022 | TELEPHONE NO. CELL NO. | | UNEMPLOYED , | () - |

### GUARANTOR

| GUARANTOR NAME & ADDRESS | SOC-SEC-NO | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| RICKS, CEDRIC 1436 PARKPLACE AVE BEDFORD, TX 76022 | TELEPHONE NO. | UNEMPLOYED , | () - |

### VISIT

| ADMIT DATE/TM 05/02/2013 17:03 | FC Private Pay | | ROOM UNKNOWN ROOM-UNKNOWN BED | MED REC 000503670 | SERVICE Emer Room |
|---|---|---|---|---|---|
| DOB 09/08/1974 | AGE 38Y | SEX M | RACE Black | ADM TYPE/SOURCE EMERGENCY / Physician Referral | MS Single |

### DOCTOR

| ADMITTING DOCTOR WIECK, ROBERT 800086 | ATTENDING DOCTOR WIECK, ROBERT 800086 | FAMILY PHYSICIAN DOCTOR, UNSPECIFIED 000001 | REFERRING DOCTOR |
|---|---|---|---|

### INSURANCE

| | INSURANCE 1 PRIVATE PAY 100 VALLEY DR P O BOX 368 PAULS VALLEY, OK 73075 | INSURANCE 2 | INSURANCE 3 |
|---|---|---|---|
| INS CO NAME ADDRESS1 ADDRESS2 CITY, ST ZIP POL HOLDER POL HOL DOB INS SEX REL TO PAT CERT# GROUP# GROUP NM | RICKS, CEDRIC ALLEN 09/08/1974 M Patient is Insured | , 09/08/1974 | , 09/08/1974 |

### EMERGENCY

| EMERGENCY CONTACT /RELATIONSHIP RICKS, ELLEN Mother | POA , | ALLERGIES No Known Drug Allergies |
|---|---|---|

### MISC

| COMPLAINT Head injury | ADV DIRECTIVES None | PREV VISIT 05/02/2013 04:48 MODE OF ARRIVAL POLICE | RELIGION Other |
|---|---|---|---|
| DISCHARGE DIAGNOSIS | DISCHARGE DATE | DISCHARGE STATUS | DATE PRINTED: 05/02/2013 5:07 PM |

COMMENTS :

ADMIT BY : u10423

PRINTED BY: U10148
DATE    11/13/2013

VISIT ID:
001035063 Admit Dt:05/02/2013 17:03
RICKS, CEDRICALLEN MR #: 000503870
09/08/1974 38Y M UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WIECK, ROBERT

© 1996 - 2006 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

03    Pauls Valley General Hospital
**EMERGENCY PHYSICIAN RECORD**
**Facial or Head Injury** (4)

DATE: 5-2-13    TIME: 17⁴⁵    ☐ on arrival
ROOM:_____ __ EMS Arrival __ _____
EMS treatments ordered_____
HISTORIAN: (patient) spouse / paramedics_____
__ HX / __ EXAM LIMITED BY: pt here c police —

## HPI
No verbal interaction

**chief complaint:**    injury to:
head (face) (mouth) (lip) chin / nose (neck)

**time course:**
(still present) better    | pain intermittent / lasting_____
gone now                  | worse / persistent since_____

**occurred:**
(just prior to arrival)   | **where:**
today                     | home        school
yesterday                 | neighbor's  city park
_____ days ago         | work  jail house  street

**context:**
fell (direct blow) incised wound , stab wound  burn
Altercation c in-mate

**LOC?** no (dazed) yes  duration:_____
IF YES, remembers:  injury · coming to hospital

## ROS
loss feeling / power arms / legs    | trouble breathing / chest pain
headache / neck pain_____        | loss of bladder function_____
double vision / hearing loss_____| skin laceration_____
nausea / vomiting_____           | recent fever / illness_____
                                     | ☐ all systems neg except as marked

**SOCIAL HX** smoker_____        | drug use / abuse_____
recent ETOH_____                 | lives alone_____
lives at home_____               | lives in nursing home_____
**FAMILY HX** __negative_____

**PAST HX** __negative  diabetes Type I / Type 2  diet / oral / insulin
HTN  heart disease_____

Meds- __none / see nurses note_____
Allergies- __NKDA / see nurses note_____

☐ Nursing Assessment Reviewed ☐ Vitals Reviewed ☐ Tetanus immun. UTD

## PHYSICAL EXAM
**GENERAL APPEARANCE** __ c-collar ( PTA / in ED ) / backboard_
__no acute distress    __mild / moderate / severe distress_____
__alert                __anxious / lethargic_____
**HEAD**
__non-tender           __see diagram_____
__no swelling          __Raccoon eyes / Battle's sign _____
__no obvious trauma    _____

**NECK**
__non-tender           (see diagram)_____
painless ROM*          vertebral point-tenderness_____
__ Nexus criteria neg  __midline tenderness / distracting injury_____
                       __altered mental status_____
                       __recent ETOH_____

**EYES**
__ lids / conjunctivae   (periorbital hematoma)
__ normal                __subconjunctival hemorrhage OS
✓PERRL                   __foreign body_____
✓EOMI                    __corneal abrasion_____
__ funduscopic           __hyphema_____
  exam nml               __retinal detachment_____
                         __post-surgical pupillary defect ( R / L )_____
                         __unequal pupils_____
                             R pupil ___mm   L pupil ___mm
                         EOM palsy / anisocoria_____

**ENT**
__ normal external exam  __hemotympanum_____
__ pharynx nml           __nasal septal hematoma_____
__ no injury to teeth    __TM obscured by wax_____
  lips or gums           __clotted nasal blood_____
                         __dental injury____ teeth # 9 cracked
                         __dental malocclusion_____
                         __laceration  crosses vermillion border_____



R    L

R    L

T=Tenderness  PtT=Point Tenderness  S=Swelling  E=Ecchymosis  B=Burn  C=Contusion
L=Laceration  A=Abrasion  M=Muscle spasm  PW=Puncture Wound
(0= without mr=mild mod=moderate sv=severe)
Example: Tsv = Tenderness on palpation (severe)

→ TS Emax-sv

## NEURO / PSYCH
__ oriented x3
__ mood / affect nml
__ no sensory / motor deficit
__ CN's nml as tested

__ disoriented to person / place / time ____
__ confused / obtunded ____
__ weakness / sensory loss ____
__ facial droop ____
__ abnormal gait ____
_antalgic_ _ataxic_ ____

## CHEST
__ non tender
__ breath sounds nml

__ see diagram ____
__ wheezes / rales / rhonchi ____

## GI (ABDOMEN)
__ non tender
__ nml bowel snds*

__ see diagram ____

*we repair to finger / earlier today.*

## EXTREMITIES
__ non tender
__ nml ROM*

__ see diagram ____

*Abrasion*



**VISIT ID:**
001035063 Admit Dt:05/02/2013 17:03
RICKS, CEDRICALLEN MR #: 000503670
09/08/1974 38Y M UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WECK, ROBERT      P

### XRAYS   ☐ Interp. by me   ☐ Reviewed by me   ☐ Discsd w/ radiologist

**C-Spine**
__ nml / NAD
__ no fracture
__ nml alignment
__ soft tissues nml

__ reversal / straightening of cerv. lordosis
__ DJD / spondylosis / spurring
__ fracture  _non-displaced_  _displaced_

**Facial Series**
__ nml / NAD
__ no fracture
__ soft tissues nml
__ sinuses nml

__ soft-tissue swelling
__ max. sinus opacification / air-fluid level
__ fracture  _non-displaced_  _displaced_

**Other**  ☐ See separate report   (CT) → Head / neck Neg

### PROGRESS
_Time_        unchanged      improved      re-examined

Keflex 500 PO - given in ER

- Tylenol / ibuprofen -
- ice for 10-15 min q 1° x 2°
_initial fracture care provided:_ follow-up on —Head Sheet instructions
_Rx given_    c Neuro check q 1°
x 12°

_Discussed with Dr._ ____
_will see patient in:_  ED / hospital / office

## PROCEDURES

### Wound Description / Repair
length ____ cm  location ____
linear      irregular      flap      stellate
superficial  *subcut.  *muscle  through-and-through
contused tissue      lip laceration
clean      contaminated  _minimally / moderately / *heavily_
**distal NVT:**  neurovascular status intact   no tendon injury
**anesthesia:**  local  LET / tetracaine / adrenaline / cocaine ____ mL
lidoc  1% 2%  epi / bicarb      marcaine  0.25%  0.5%
☐ moderate sedation required; see attached 23d template
**prep:**
Betadine / Hibiclens / Technicare / wnd clnsr
irrigated / washed w/ saline      debrided
   _minimal / mod. /*extensive_      _minimal /*mod. / *¹^extensive_
wound explored      undermined
foreign material removed      _minimal / mod. /*extensive_
   _partially  completely_      *wound margins revised
   _minimal / mod. /*extensive_      *vermilion border aligned
no foreign body identified      multiple flaps aligned

**repair:**  Wound closed with:  wound adhesive / Dermabond / steri-strips
   SKIN-    # ____  -0  nylon / prolene / staples ____
   *SUBCUT-  # ____  -0  vicryl / chromic ____

*may indicate intermediate repair   *may indicate complex repair

### CT SCAN
head      **facial bones**
   _normal_

_Underline_ indicates organ system
* equivalent or minimum required for organ system stance

PRINTED BY: 010148
11/13/201E

### CLINICAL IMPRESSION

| | | | Concussion |
|---|---|---|---|
| (Contusion) | (scalp) | (lip) | _with LOC_  w/o LOC |
| Hematoma | forehead | buccal | |
| Laceration | (facial) | chin | |
| Fracture | (periorbital) | ear | (Acute Cervical |
| stabilized | nose | | Myofascial Strain) |
| restorative | | | |

**DISPOSITION-**  ☐ transferred ☐ home ☐ admit ☐ expired ☐ AMA
Time _0615_  → Return to Jail
**CONDITION-**  ☐ good ☐ fair ☐ poor ☐ critical ☐ stable ☐ guarded

_MW Weck_    0246    13 —  Dr Boger
**Physician Signature**    RTI #    turned care over at

_Wil Boger_    __    18 .00
**Physician Signature**    RTI #    assumed care at

☑ Template Complete  ☐ Additional T-Sheet  ☐ Progress Sheet

Visit ID:           **CPOE ORDERS REPORT**

CPOE Orders Submitted Date/Time: **05/02/2013 18:17**
Ordering Provider: **BOGER DO, MICHAEL J.**

PAT NAME: **RICKS, CEDRIC** VISIT ID: **001035063** MR: **000503670**
N/S: **Emergency Department** Room/Bed: **ED- Exam 1**
SEX: **Male** DOB: **09/08/1974** Age: **38Y**
Allergies: **No Known Drug Allergies**
Working Diagnosis:
ATTEND PHY: **WIECK DO, ROBERT A.**

| Cephalexin | | | | | CPOE#: 124264 | | Order: |
|---|---|---|---|---|---|---|---|
| **Action** | **Dose** | **Route** | **Freq/Rate** | **Priority** | **Duration** | **Start** | **Stop** |
| Add | 500 mg | orally | once | | | Next Sch. Time | |

Name: RICKS, CEDRIC
Visit ID: **001035063**

Nurse Verify: _____        Nurse Verify Date/Time: _____





## Pauls Valley

100 Valley Drive
PO Box 368
Pauls Valley, OK 73075-0368
phone: 405.238.5501
fax: 405.238.5926

VISIT ID:
001035063 Admit Dt 05/02/2013 17:03
RICKS, CEDRIC ALLEN MR #: 000503670
09/08/1974 38Y M UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WIECK, ROBERT

Date 5/2/13

Rx

Fit for incarceration

R VOID

R VOID

R VOID

R VOID

Refills
1
2
3
4
5
PRN
May be
Refilled
Thru

Michael Boyer, OO
PRINT NAME

SIGNATURE

ADDRESS

D.E.A. NO.

May be filled with generically equivalent
Product unless initialed by physician.

Cedric A Ricks
Age: 38y
DOB: 09/08/1974
Printed: 05/02/2013 6:17 PM
By: Robert Wieck, MD / CP, RN

Robert Wieck, MD or Cassie Phillips, RN

Cedric A Ricks
Age: 38y
DOB: 09/08/1974
Printed: 05/02/2013 6:17 PM
By: Robert Wieck, MD / CP, RN

...OYER

Cedric A Ricks Perform Neurological Checks every 2 hours for the next 12 hours

Robert Wieck, MD or Cassie Phillips, RN

VISIT ID:
001035063 Admit Dt 05/02/2013 17:03
RICKS, CEDRICALLEN MR #: 000503670
09/08/1974 38Y M UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WIECK, ROBERT    P

PRINTED BY: U10148
DATE    11/13/2013

# Pauls Valley General Hospital

Radiology
100 Valley Drive
Pauls Valley, OK 73075
(405)238-5501

---

**Patient Name:** RICKS, CEDRIC ALLEN                              **Procedure #:** 117009

---

**Med Rec #:** 000503670                        **Visit ID:** 001035063
**Patient Location:** ER - 01                    **Patient Type:** Emergency Department
**DOB:** 09/08/1974          **Gender:** M       **Age:** 38Y          **Phone:** (773)617-3830

**Exam Reason:** involved in altercation  Trauma
**Order Phys:** WIECK DO, ROBERT A.                    **Read By:** LEE MD, RICHARD Y.
**Procedure:** 05/02/13 17:13 CT Cervical Spine Without Contrast

---

CT SCAN OF THE CERVICAL SPINE WITHOUT CONTRAST: 05/02/2013

INDICATION:  ALTERCATION.  BEATEN UP.

Cervical vertebral body height and alignment are maintained.  No fracture nor dislocation nor other acute bony abnormality.  The lung apices are clear.

CONCLUSION:  NO ACUTE BONY ABNORMALITY OF THE CERVICAL SPINE.

REPORT CALLED TO DR. WIECK AT PAULS VALLEY GENERAL HOSPITAL EMERGENCY DEPARTMENT AT 1804 HOURS.

RICHARD Y. LEE, MD
D: 05/03/13  0809    T: 05/03/13  0835
RYL/hb
Job #: 88092

**Read By: LEE MD, RICHARD Y.**

**Released By: LEE MD, RICHARD Y.**
Date:  06/20/2013 09:49

---

**Transcribed:** 05/03/2013 08:35 By: BETKE, HEIDI                    **Visit ID: 001035063**

**Confidentiality Notice:** The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent. If the recipient of this transmittal is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

Page 1 of 1

# Pauls Valley General Hospital
### Radiology
100 Valley Drive
Pauls Valley, OK 73075
(405)238-5501

---

**Patient Name:** RICKS, CEDRIC ALLEN                                              **Procedure #:** 117010

---

**Med Rec #:**  000503670                                              **Visit ID:** 001035063
**Patient Location:** ER - 01                                          **Patient Type:** Emergency Department
**DOB:** 09/08/1974          **Gender:** M          **Age:** 38Y       **Phone:**

**Exam Reason:** involved in altercation  Trauma
**Order Phys:** WIECK DO, ROBERT A.                                    **Read By:** LEE MD, RICHARD Y.
**Procedure:** 05/02/13 17:13 CT Head Without Contrast

---

## CT SCAN OF THE HEAD WITHOUT CONTRAST: 05/02/2013

INDICATION:  ALTERCATION. BEATEN UP.

TECHNIQUE:  Noncontrast axial scans of the head were obtained.

FINDINGS:  The ventricles are of normal size and configuration.  No midline shift nor mass effect nor intracranial hemorrhage.  No calvarial fracture.  Sinuses and mastoid air cells are clear.

CONCLUSION:  NO ACUTE INTRACRANIAL ABNORMALITY.

---

RICHARD Y. LEE, MD
D: 05/03/13  0809      T: 05/03/13  0832
RYL/hb
Job #: 88092

**Read By: LEE MD, RICHARD Y.**

**Released By: LEE MD, RICHARD Y.**
Date: 06/20/2013 09:49

---

**Transcribed:** 05/03/2013 08:33 By: BETKE, HEIDI                     **Visit ID: 001035063**

*Confidentiality Notice:* The information contained in this facsimile may be privileged and confidential.  It is intended only for the use of the individual or entity to whom it was sent.  If the reader of this message is not the intended recipient, employee, or agent responsible to deliver it to the intended recipient, any dissemination, distribution, or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via U.S. Postal Service.

Page 1 of 1

Date: 05/03/2013 09:56:16                PAULS VALLEY GENERAL HOSP  LIVE        Page 1 of 1
Radiology Detail

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | RICKS, CEDRIC A. | | | | |
| **Birth Date:** | 09/08/1974 00:00:00 | **Visit Id:** | 001035063 | **Med Rec #:** | 000503670 |
| **Location:** | ED Exam 1 | **Age:** | 38 Years | **Sex:** | Male |
| | | | | **Admitted:** | 05/02/2013 17:03:20 |

(This is not a chartable copy)

| | | | |
|---|---|---|---|
| **Service:** | CT Cervical Spine Without Contrast | | |
| **Order #:** | 1 | **Ordered Dttm:** | 05/02/2013 17:14:04 |
| **Ordering Dr:** | WIECK DO, ROBERT A. | **Start Dttm:** | 05/02/2013 17:13:00 |
| **Reading Dr:** | LEE MD, RICHARD Y. | **Stop Dttm:** | 05/02/2013 17:13:00 |
| **Result Status:** | Preliminary | **Result Dttm:** | 05/02/2013 17:13:00 |

CT SCAN OF THE CERVICAL SPINE WITHOUT CONTRAST: 05/02/2013

INDICATION:  ALTERCATION.  BEATEN UP.

Cervical vertebral body height and alignment are maintained.  No fracture nor dislocation nor other acute bony abnormality.
The lung apices are clear.

CONCLUSION:  NO ACUTE BONY ABNORMALITY OF THE CERVICAL SPINE.

REPORT CALLED TO DR. WIECK AT PAULS VALLEY GENERAL HOSPITAL EMERGENCY DEPARTMENT AT 1804
HOURS.

RICHARD Y. LEE, MD
D:  05/03/13  0809T: 05/03/13  0835
RYL/hb
Job #: 88092

PRINTED BY: U10148
DATE     11/13/2013

Date: 05/03/2013 09:56:11                PAULS VALLEY GENERAL HOSP  LIVE           Page 1 of 1
**Radiology Detail**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Name:** | RICKS, CEDRIC A. | | | | | |
| **Birth Date:** | 09/08/1974 00:00:00 | **Visit Id:** | 001035063 | **Med Rec #:** | 000503670 | |
| **Location:** | ED Exam 1 | **Age:** | 38 Years | **Sex:** | Male | |
| | | | | **Admitted:** | 05/02/2013 17:03:20 | |

(This is not a chartable copy)

| | | | |
|---|---|---|---|
| **Service:** | CT Head Without Contrast | | |
| **Order #:** | 2 | **Ordered Dttm:** | 05/02/2013 17:14:22 |
| **Ordering Dr:** | WIECK DO, ROBERT A. | **Start Dttm:** | 05/02/2013 17:13:00 |
| **Reading Dr:** | LEE MD, RICHARD Y. | **Stop Dttm:** | 05/02/2013 17:13:00 |
| **Result Status:** | Preliminary | **Result Dttm:** | 05/02/2013 17:13:00 |

CT SCAN OF THE HEAD WITHOUT CONTRAST:  05/02/2013

INDICATION:  ALTERCATION.  BEATEN UP.

TECHNIQUE:  Noncontrast axial scans of the head were obtained.

FINDINGS:  The ventricles are of normal size and configuration.  No midline shift nor mass effect nor intracranial hemorrhage.  No calvarial fracture.  Sinuses and mastoid air cells are clear.

CONCLUSION:  NO ACUTE INTRACRANIAL ABNORMALITY.

RICHARD Y. LEE, MD
D:  05/03/13   0609T: 05/03/13  0832
RYL/hb
Job #: 86092

RICKS, CEDRIC ALLEN MR #: 000503670
09/08/1974 38Y M UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WECK, ROBERT

**PAULS VALLEY GENERAL HOSP LIVE**

**Combined Home Medication and Inpatient Medication Reconciliation Order Form**

Use for: ☐ Transfer  ☐ Discharge

| Patient Name: RICKS, CEDRIC A. | | |
|---|---|---|
| Visit ID: **001035063** | MR Number: **000503670** | DOB: **09/08/1974** |
| Admitted: **05/02/2013** | Attending: | |
| Location: **Emergency Department** | Admitting Diagnosis: | |

| Allergies | Onset Date |
|---|---|
| No Known Drug Allergies | 05/02/2013 |
| SEVERITY: Unknown  TYPE: Drug Allergy | |

| New Medication Orders | | | |
|---|---|---|---|
| Drug | Dose | Route | Frequency |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

_____    _____    _____    _____
Signature of Nurse        Date/Time      Physician Signature      Date/Time

PRINTED BY: U10148
DATE    11/13/2013

**PAULS VALLEY GENERAL HOSP   LIVE**

**Daily Focus Assessment Report**

**05/02/2013 17:03   Through   05/05/2013 03:13**

| | |
|---|---|
| Patient Name: | **RICKS, CEDRIC A.** |
| Visit ID: | **001035063** |
| Admitted: | **05/02/2013 17:03** |

| | |
|---|---|
| MR Number: | **000503670** |
| Attending: | **ROBERT A. WIECK DO** |

| | |
|---|---|
| DOB: | **09/08/1974** |

**Assessment Date**                                                                                            **Entry Date**

| | | | |
|---|---|---|---|
| | **Triage** | | |
| | **Entered By:** | CASSIE PHILLIPS RN, RN | |
| | **Pt. Location:** | Emergency Department ED Exam 1 | |

| | | | |
|---|---|---|---|
| 05/02/2013 17:03 | Abuse/Neglect | | 05/02/2013 17:30 |
| | **Group Note: Involved in altercation with other inmates at GC jail** | | **05/02/2013 17:30** |
| | Thoughts of Harming Yourself or Others | No | 05/02/2013 17:27 |

| | | | |
|---|---|---|---|
| | **Eye, Ear, Nose, Throat** | | |
| | **Entered By:** | CASSIE PHILLIPS RN, RN | |
| | **Pt. Location:** | Emergency Department ED Exam 1 | |

| | | | |
|---|---|---|---|
| 05/02/2013 17:03 | Ears | N/A | 05/02/2013 17:27 |
| | Eyes | Pain | 05/02/2013 17:27 |
| | | Swelling | |
| | **Group Note: significant swelling to left peri-orbital area accompanied with dark purple bruising after being involved in altercation with other GC inmates. Pt can not open left eye on own** | | **05/02/2013 17:31** |
| | Signs/Symptoms | | 05/02/2013 17:33 |
| | **Group Note: Reports having Left upper front tooth knocked out** | | **05/02/2013 17:33** |
| | Throat | N/A | 05/02/2013 17:27 |

| | | | |
|---|---|---|---|
| | **Neurological / Muscular** | | |
| | **Entered By:** | CASSIE PHILLIPS RN, RN | |
| | **Pt. Location:** | Emergency Department ED Exam 1 | |

| | | | |
|---|---|---|---|
| 05/02/2013 17:03 | Bilateral Movement | Equal | 05/02/2013 17:27 |
| | Grips | Equal | 05/02/2013 17:27 |
| | | Strong | |
| | Leg Strength | Strong | 05/02/2013 17:27 |
| | | To Command | |
| | LOC | Alert | 05/02/2013 17:27 |
| | **Group Note: denies any LOC.** | | **05/02/2013 17:36** |
| | Oriented to | Person | 05/02/2013 17:27 |
| | | Place | |
| | | Time | |
| | | Situation | |
| | Pupil Size | 3mm bilateral | 05/02/2013 17:27 |
| | Pupils | Brisk | 05/02/2013 17:27 |
| | Seizure Activity | N/A | 05/02/2013 17:27 |
| | Signs/Symptoms | None | 05/02/2013 17:27 |
| | Speech | Clear | 05/02/2013 17:27 |
| | Swallowing | Swallow without Difficulty | 05/02/2013 17:27 |

PRINTED BY: U10148

DATE 11/13/2013

**PAULS VALLEY GENERAL HOSP    LIVE**

**Daily Focus Assessment Report**

**05/02/2013 17:03    Through    05/05/2013 03:13**

| | |
|---|---|
| Patient Name: | **RICKS, CEDRIC A.** |
| Visit ID: | **001035063** |
| Admitted: | **05/02/2013 17:03** |

| | | | |
|---|---|---|---|
| | MR Number: | **000503670** | DOB: | **09/08/1974** |
| | Attending: | **ROBERT A. WIECK DO** | | |

**Assessment Date**                                                                                                                    **Entry Date**

**Respiratory**
**Entered By:**    CASSIE PHILLIPS RN, RN
**Pt. Location:**    Emergency Department ED Exam 1

| 05/02/2013 17:03 | Airway | Patent | 05/02/2013 17:27 |
|---|---|---|---|
| | Breath Sounds - L | Clear | 05/02/2013 17:27 |
| | Breath Sounds - R | Clear | 05/02/2013 17:27 |
| | Cough | None | 05/02/2013 17:27 |
| | O2 Device | Room Air | 05/02/2013 17:27 |
| | Signs/Symptoms | | 05/02/2013 17:34 |
| | Group Note: denies any difficulty breathing at this time | | **05/02/2013 17:34** |

**Cardiovascular**
**Entered By:**    CASSIE PHILLIPS RN, RN
**Pt. Location:**    Emergency Department ED Exam 1

| 05/02/2013 17:03 | Capillary Refill Time | Brisk < 3 Seconds | 05/02/2013 17:27 |
|---|---|---|---|
| | Pulse | Regular | 05/02/2013 17:27 |
| | Signs/Symptoms | None | 05/02/2013 17:27 |
| | Skin | Normal | 05/02/2013 17:27 |
| | | Warm | |
| | Skin Color | Normal | 05/02/2013 17:27 |

**Trauma**
**Entered By:**    CASSIE PHILLIPS RN, RN
**Pt. Location:**    Emergency Department ED Exam 1

| 05/02/2013 17:03 | Extremity Injury | None | 05/02/2013 17:27 |
|---|---|---|---|
| | Surface Trauma | Abrasions | 05/02/2013 17:27 |
| | Group Note: small abrasions noted to left lower lip | | **05/02/2013 17:35** |

**Assessment Date**                                                                                                                    **Entry Date**

**Trauma**
**Entered By:**    CASSIE PHILLIPS RN, RN
**Pt. Location:**    Emergency Department ED Exam 1

| 05/02/2013 17:03 | Surface Trauma | Abrasions | 05/02/2013 17:59 |
|---|---|---|---|
| | Group Note: abrasions noted to left upper shoulder/clavicle area | | **05/02/2013 18:00** |

PRINTED BY: U10148
DATE    11/13/2013

05/05/2013 03:13                NOTE: All strikeouts were executed by person making original entry.                Page 2 of 2

**PAULS VALLEY GENERAL HOSP  LIVE**

**Progress Notes Report**

05/02/2013 17:03  Through  05/05/2013 03:13

| | | | | |
|---|---|---|---|---|
| Patient Name: | **RICKS, CEDRIC A.** | | | |
| Visit Id: | **001035063** | MR Number: | **000503670** | DOB: **09/08/1974** |
| Admit: | **05/02/2013 17:03** | | Attending: | **ROBERT A. WIECK DO** |

| **Assessment Date** | **Department** | **Entry Date** | **Entered By** |
|---|---|---|---|
| **Pt. Location** | | **Cosigned** | |

| | | | |
|---|---|---|---|
| 05/02/2013 18:38 | EMERGENCY ROOM | 05/02/2013 18:38 | CASSIE PHILLIPS RN, RN |

UNKNOWN_LOCATION UNKNOWN_BED

1835: Pt A&Ox4 with no s/s of acute distress noted. Pt d/c to back to Jail per Dr order. D/C instructions provided to pt and GC-19 and GC-13 with returned verbalized acknowledgement. No other needs or concerns voiced at time of d/c. Pt ambulatory with even and steady gait from ED at time of d/c. Handcuffs in place including belly chains. GC-13 and GC-19 at side. Strongly encouraged neuro checks, both officers verbalized acknowledgement.

PRINTED BY: U10148

DATE    11/13/2013

05/05/2013 03:13          NOTE: All strikeouts were executed by person making original entry.          Page 1 of 1
* Significant Finding

**PAULS VALLEY GENERAL HOSP   LIVE**

**Vital Sign Report**

**05/02/2013 17:03    Through    05/05/2013 03:13**

| | |
|---|---|
| Patient Name: | RICKS, CEDRIC A. |
| Visit Id: | 001035063 |
| Birth Date: | 09/08/1974 |
| Attend Phys: | ROBERT WIECK |

| | |
|---|---|
| Med Rec No: | 000503670 |
| Admission Datetime: | 05/02/2013 17:03 |
| Discharge Datetime: | 05/02/2013 18:35 |

| Vital Type | 05/02/2013 17:03 Bed: UNKNOWN_BE | 05/02/2013 17:19 Bed: UNKNOWN_BE | 05/02/2013 18:35 Bed: UNKNOWN_BE | | | |
|---|---|---|---|---|---|---|
| BMI* | 27.6 | | | | | |
| BP | 119/83 Arm,Upper Rt Sitting NIBP 05/02/2013 17:26 By: cph | ~~119/83~~ ~~Arm,Upper Rt~~ ~~Sitting~~ ~~NIBP~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | 123/76 Arm,Upper Rt Semi-Fowlers NIBP 05/02/2013 18:44 By: cph | | | |
| BSA* | 1.87 | | | | | |
| Ht | 66.00 in 05/02/2013 17:26 By: cph | ~~66.00 in~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | | | | |
| O2 Sat % | | | 99.0% Room Air 05/02/2013 18:44 By: cph | | | |
| O2 Sat%,PulseOx | 99.0% Room Air 05/02/2013 17:26 By: cph | ~~99.0%~~ ~~Room Air~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | | | | |
| Pulse | 80 Monitor 05/02/2013 17:26 By: cph | ~~80~~ ~~Monitor~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | 75 Monitor 05/02/2013 18:44 By: cph | | | |
| Resp | 18 Regular 05/02/2013 17:26 By: cph | ~~18~~ ~~Regular~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | 18 Regular 05/02/2013 18:44 By: cph | | | |
| Temp | 97.5 F Temporal 05/02/2013 17:26 By: cph | ~~97.5 F~~ ~~Temporal~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | | | | |
| Wt | 170.00 lbs 05/02/2013 17:26 By: cph | ~~170.00 lbs~~ ~~05/02/2013 17:19~~ ~~By: cph~~ | | | | |

* = calculation

Notes:----------------------------------------------------------------------------------

05/02/2013 17:19 (cph   ) - BP Strike:  Incorrect Time

PRINTED BY: U10148

DATE     11/13/2013

PAULS VALLEY GENERAL HOSP  LIVE

**Vital Sign Report**

**05/02/2013 17:03   Through   05/05/2013 03:13**

| | | | |
|---|---|---|---|
| Patient Name: | RICKS, CEDRIC A. | | |
| Visit Id: | 001035063 | Med Rec No: | 000503670 |
| Birth Date: | 09/08/1974 | Admission Datetime: | 05/02/2013 17:03 |
| Attend Phys: | ROBERT WIECK | Discharge Datetime: | 05/02/2013 18:35 |

05/02/2013 17:19 (cph  ) - Ht Strike:  Incorrect Time
05/02/2013 17:19 (cph  ) - O2 Sat%,PulseOx Strike:  Incorrect Time
05/02/2013 17:19 (cph  ) - Pulse Strike:  Incorrect Time
05/02/2013 17:19 (cph  ) - Resp Strike:  Incorrect Time
05/02/2013 17:19 (cph  ) - Temp Strike:  Incorrect Time
05/02/2013 17:19 (cph  ) - Wt Strike:  Incorrect Time

Staff IDs:------------------------------------------------------------------------------------------------------
cph  :  CASSIE PHILLIPS RN, RN

**PAULS VALLEY GENERAL HOSP - LIVE**
**EMERGENCY DEPARTMENT Triage Report**

| Patient: RICKS, CEDRIC A. | Age: 38Y  Sex: M | Level: 3 | Chief Complaint: Head injury | | |
| | DOB: 09/08/1974 | | | | |

| Visit: 001035063 | Med Rec: 000503670 | EMS: | | Onset: 30 minutes~ | Head Circum.: |
| | | EMS Unit: | Radio Call: N | | |
| Triage D/T | 05/02/2013 17:03 | Pre Hospital Care: | | Infection Control: | |
| Room/Bed: | 01 | | | | |
| Arrival D/T: | 05/02/2013 17:03 | | | Screening: | |
| Arrived from: | Correctional Facility (jail) | | | | |
| Mode of Arrival: | Law Enforcement | | | | |
| Accompanied by: | Law Enforcement | | | | |
| | | | | Suicide Risk: | |
| Informant: | Law Enforcement | Consent to Treat?: | | Pregnant?: No | LMP: |

**Patient Narrative:**
presents to ED with reports of being involved in altercation with other inmates. Pt has significant left peri-orbital swelling and bruising accompanied with abrasions to left lower lip.
[PHILLIPS RN, CASSIE 05/02/13 17:19]

| Stroke Assessment Last Known Well: | | | |
| NPO since: | Last Intake Solid: | D/T | Last Intake Liquid: | D/T |

| BP | Temperature | Pulse | Respirations | SpO₂ | FSBS | GCS | Height |
|---|---|---|---|---|---|---|---|
| 119/83 mmHg | 97.5 F | 80 bpm | 18 | 99% | | 15 | 66 in |
| Site: Arm, Upper Rt | Site: Temporal | Site: Monitor | Qty: Regular | O₂Del: Room Air | | M - 6 | Weight |
| Pos: Sitting | | Qty: | | | | V - 5 | |
| Type: NIBP | | Type: | | | | E - 4 | 170.0 lb |

| Pain Assessment | Score: 8/10 | Scale: Numeric | Location: |
|---|---|---|---|
| Character: | | | Non Verbal Signs: |
| Distribution: | | | Intensified By: |
| Radiation: | | | Relieved By: |
| Duration: | | | Goal: |

Complaint: Head injury
Site: left eye



PRINTED BY: U10148
DATE    11/13/2013

| Dr: WIECK DO, ROBERT A. | Electronically Signed By: PHILLIPS RN, CASSIE | RN | Dt Signed: 05/02/2013 17:26:17 |
| PCP: N/A | | | |

Page:  1

Pauls Valley
GENERAL HOSPITAL

Pauls Valley General Hospital
100 Valley Drive
Pauls Valley, OK
73075
405-238-5501

Cedric A Ricks
Age: 38y
DOB: 09/08/1974
Printed: 05/02/2013 6:17 PM
By: Robert Wieck, MD / CP, RN

# Medical Reconciliation Report

NO EXISTING MEDICATIONS AND NO PRESCRIPTIONS WRITTEN

VISIT ID:
001035063 Admit Dt:05/02/2013 17:03
RICKS, CEDRICALLEN MR #: 000503670
09/08/1974 38Y  M  UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WIECK, ROBERT        P

PRINTED BY: U10148
DATE 11/13/2013
**MEDICAL RECORDS COPY**

Page: 1

 Pauls Valley General Hospital
100 Valley Drive
Pauls Valley, OK
73075
405-238-5501

Cedric A Ricks
Age: 38y
DOB: 09/08/1974
Printed: 05/02/2013 6:17 PM
By: Robert Wieck, MD / CP, RN

# After Care Instructions

INSTRUCTIONS

Instructions For: Left Peri-Orbital Contusion

1. You have been diagnosed with an eye socket (eye orbit) injury. In medical terms, this is often called an "orbital contusion."

2. Contusion is the medical term for a bruise. Any direct force or injury to the area around the eye can cause an orbital contusion. This can result from falls or being hit in the face by another object like a fist, something that has fallen or the steering wheel of a vehicle in a car crash.

3. The face's skin, muscles and other soft tissues may get swollen, painful and bruised. There may be other injuries like cuts and abrasions (scrapes) which bleed. The underlying bones of the face may have been broken.

4. The medical staff decided there is NO injury to essential organs like the eyes, brain and spine.

5. Orbital contusion (bruise) is often treated by gently putting ice on any areas of bruising or swelling. Put ice on for only 20 minutes at a time. Use a cloth or towel between skin and ice bag to avoid frost damage to face. NEVER APPLY ICE DIRECTLY TO THE SKIN. NEVER PUT ICE RIGHT OVER THE EYEBALL. Swelling may get worse overnight because your head is down. Gravity causes fluids to pool in the face. This should get better shortly after you wake up and your head is upright. You may want to sleep with a few extra pillows. This will keep your head elevated (lifted). This will keep the swelling down.

6. Pain medicine is recommended. This could be acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®). These can decrease pain and inflammation from your injuries. The doctor will decide if stronger prescription pain medicines are needed.

7. Nose bleeding may develop. If so, pinch your nose closed. Keep it pinched for 15 minutes to stop the bleeding. If that does not work, come back to the ED.

8. There may be facial lacerations (cuts) that need suture repair (stitches). If so, you will be given more wound care instructions for them.

9. For any orbital injury, the greatest worry is of other injuries to the head (brain and bones), neck (spine), and eye. After an eye exam, the medical staff decided you probably did not have a serious eye injury and decided it is OK for you to go home.

10. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   - Serious or worsening headache.
   - Repeated vomiting.
   - Lethargy, confusion, seeming intoxicated (drunk) or unable to wake from sleep.
   - Coordination/balance trouble, dizziness, passing out, trouble speaking or slurred speech.
   - Changes in vision, double vision, or loss of vision.

   - Eye pain.

Instructions For: Facial Contusion

1. You have been diagnosed with a facial contusion.

2. Contusion is the medical term for a bruise. A facial contusion can be caused by a fall or by being struck in the face.

3. The skin, muscles and other soft tissues of the face may become swollen and painful. You may have other injuries, like cuts or scrapes. The bones under your face might be bruised.

4. The doctor does not believe you have injured essential organs, like your eyes, brain or spine.

PRINTED BY: U10148

DATE 11/13/2013 **MEDICAL RECORDS COPY**

VISIT ID:
001035063 Admit Dt:05/02/2013 17:03
RICKS, CEDRIC 000503670
09/08/1974 38Y M UNKNOWN_ROOM-UNKNOWN_BED
ADM DR: WIECK, ROBERT

Page: 2

Pauls Valley
GENERAL HOSPITAL

Pauls Valley General Hospital
100 Valley Drive
Pauls Valley, OK
73075
405-238-5501

Cedric A Ricks
Age: 38y
DOB: 09/08/1974
Printed: 05/02/2013 6:17 PM
By: Robert Wieck, MD / CP, RN

5. Apply ice to the face to help with pain and swelling.  Place some ice cubes in a re-sealable plastic bag (like Ziploc®). Add some water. Seal the bag.  Put a thin washcloth between the bag and the skin.  Apply the ice bag for at least 20 minutes.  Do this at least 4 times per day. It's okay to apply ice longer or more often.  NEVER APPLY ICE DIRECTLY TO THE SKIN.  Always keep a washcloth between the ice pack and your body. Swelling may increase overnight when your head is down and gravity causes fluids to pool in your face.  This should improve within a few hours after you are awake with your head up.  Try sleeping with extra pillows to keep your head high.

6. Use acetaminophen (Tylenol®) or ibuprofen (Advil® or Motrin®) to decrease pain and inflammation. The physician will decide if you need a prescription medication.

7. If your nose bleeds, pinch it closed for 15 minutes.  If that does not stop the bleeding, then return here or to the closest Emergency Department.

8. If you have a cut that requires stitches, then you will receive additional wound care instructions.

9. One concern after a facial injury is the possibility of other injuries to the head or neck.  The doctor has determined that you do not have any other serious injuries and that it is OK for you to go home.  If you develop symptoms of a head or neck injury, return immediately to the nearest Emergency Department.

10. YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
   - Your headaches are severe or become worse.
   - You vomit repeatedly.
   - You are lethargic or difficult to awaken or you feel confused or seem intoxicated (drunk).
   - You have trouble with coordination or balance, feel dizzy, pass out, or have difficulty speaking or slurred speech.
   - Your vision changes or your pupils are unequal in size.

Apply Ice for 10-15mins every 1-2 hours.

FOLLOW UP

Return to ED with worsening of symptoms

EXCUSES AND LIMITATIONS WRITTEN

Excuse: Cedric A Ricks Fit for Incarceration.

Limitations: Cedric A Ricks Perform Neurological Checks every 2 hours for the next 12 hours

STATEMENT

I certify that I have received a copy of the above after-care instructions, that these instructions have been explained to me, and that all of my questions pertaining to these instructions have been answered in a satisfactory manner.

Patient/Representative Signature: _____ Staff Signature: _____ Date: 05/02/2013

## MEDICAL RECORDS COPY

PRINTED BY:  U10148

DATE        11/13/2013

VISIT ID:
001035063 Admit Dt:05/02/2013 17:03
RICKS, CEDRICALLEN MR #: 000503670
09/08/1974 38Y  M  UNKNOWN_ROOM-
UNKNOWN_BED
ADM DR: WIECK, ROBERT          P

RICKS, CEDRIC
MRN: 000503670 VISIT ID: 001035063
DOB: 09/08/1974 ADMIT DATE: 05/02/2013 17:03
ATTD PHYS: WIECK, ROBERT

## CONSENT FOR TREATMENT / FINANCIAL AGREEMENT

**CONSENT TO HOSPITAL CARE AND TREATMENT**
I DO HEREBY VOLUNTARILY CONSENT TO RECEIVE THE USUAL HOSPITAL SERVICES AS WELL AS THE DIAGNOSTIC, LABORATORY AND X-RAY PROCEDURES AND MEDICAL TREATMENT JUDGED TO BE NECESSARY BY THE ATTENDING PHYSICIAN, HIS/HER ASSISTANTS, OR OTHER PHYSICIANS DESIGNATED BY HIM/HER. **THIS INCLUDES TESTING FOR COMMUNICABLE OR VENEREAL DISEASE INCLUDING, BUT NOT LIMITED TO DISEASES SUCH AS HEPATITIS, SYPHILIS, GONORRHEA, OR THE HUMAN IMMUNE DEFICIENCY VIRUS, ALSO KNOWN AS ACQUIRED IMMUNE DEFIECIENCY SYNDROME (AIDS).** I UNDERSTAND THAT THE EXAMINATION AND TREATMENT THAT I RECEIVE ON AN EMERGENCY BASIS IS NOT INTENDED AS A SUBSTITUTION OR REPLACEMENT FOR COMPLETE MEDICAL CARE.

**CONSENT TO RELEASE INFORMATION**
I HEREBY AUTHORIZE THE HOSPITAL TO DISCLOSE TO INSURANCE COMPANIES, INCLUDING WORKERS COMPENSATION CARRIERS OR OTHER PARTIES THAT MAY BE LIABLE FOR ALL OR PART OF MY HOSPITAL RECORDS AS MAY BE NECESSARY INCLUDING ANY TREATMENT FOR ALCOHOL OR DRUG ABUSE OR DEPENDENCE TO DETERMINE BENEFITS ENTITLEMENT AND PROCESS PAYMENT CLAIMS FOR HEALTH CARE SERVICES PROVIDED.

**MEDICARE CERTIFICATION RELEASE**
I CERTIFY THAT THE INFORMATION GIVEN BY ME IN APPLYING FOR PAYMENT UNDER TITLE XVIII OF THE SOCIAL SECURITY ACT IS CORRECT. I AUTHORIZE ANY HOLDER OF MEDICAL OR OTHER INFORMATION ABOUT ME TO RELEASE TO THE SOCIAL SECURITY ADMINISTRATION OR ITS INTERMEDIARIES OR CARRIERS ANY INFORMATION NEEDED FOR THIS OR A RELATED MEDICARE CLAIM. I REQUEST THAT PAYMENT OF AUTHORIZED BENEFITS BE MADE ON MY BEHALF TO THE HOSPITAL OR TO THE PHYSICAN WHO ACCEPTS ASSIGNMENT.

**PERSONAL EFFECTS AND VALUABLES**
I UNDERSTAND THAT THE HOSPITAL SHALL NOT BE LIABLE FOR THE LOSS OR DAMAGE OF ANY PERSONAL ITEMS RETAINED BY THE PATIENT WHILE RECEIVING SERVICES.

**ABOUT YOUR BILL**
I UNDERSTAND THAT I WILL RECEIVE A BILL FROM THE HOSPITAL FOR PROVISION OF THE HOSPITAL SERVICES, INCLUDING STAFF AND EQUIPMENT, AND FOR ANY SUPPLIES OR MEDICINES UTILIZED. I WILL ALSO RECEIVE A BILL FROM ANY PHYSICAN WHO PROVIDES PROFESSIONAL CARE TO ME, FOR EXAMPLE, I MAY RECEIVE A SEPARATE BILL FRON ONE OR MORE OF THE FOLLOWING TYPES OF PHYSICIANS WHO RENDER SERVICES TO ME. MY ATTENDING PHYSICIAN OR PERSONAL PHYSICIAN, EMERGENCY ROOM PHYSICIAN, RADIOLOGIST, ANESTHESIOLOGIST, PATHOLOGIST, OR ANY OTHER SPECIALIST.

**ACKNOWLEDGEMENT OF RECEIPT OF BILL OF RIGHTS**
I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THE PATIENT'S BILL OF RIGHTS FROM PAULS VALLEY GENERAL HOSPITAL.

**INSURANCE ASSIGNMENT**
I HEREBY ASSIGN TO AND AUTHORIZE THE HOSPITAL AND PHYSICIANS INVOLVED IN CARE DURING THIS PERIOD OF ILLNESS OR TREATMENT (HERE IN AFTER "PHYSICIANS"), OR THEIR DULY AUTHORIZED ASSIGNS TO TAKE ALL NECESSARY STEPS, WITHOUT LIMITATIONS, TO ENSURE THAT ANY INSURANCE BENEFITS OTHERWISE PAYABLE TO ME OR MY ESTATE ARE PAID DIRECTLY TO THE HOSPITAL OR PHYSICIANS. THIS ASSIGNMENT OF INSURANCE BENEFITS INCLUDES BUT IS NOT LIMITED TO BILLING INSURANCE, FILING PETITIONS, FILING SUIT, IN MY NAME OR ON BEHALF OF THE HOSPITAL OR PHYSICIANS, FILING PROOFS OF CLAIM, FILING PROBATE CLAIMS AND FILING GRIEVANCES AND ALL OTHER SIMILAR PROCEDURES, AS MAY BE AMENEDED FROM TIME TO TIME WITH THE STATE DEPARTMENT OF INSURANCE. I ALSO AGREE TO PROVIDE AND SIGN ANY OTHER DOCUMENTS THAT MAY BE REASONABLY NECESSARY TO ACCOMPLISH ANY OF THE OTHER PURPOSES.

**STATEMENT OF FINANCIAL RESPONSIBILITY**
I UNDERSTAND THAT I AM FINANCIALLY AND LEGALLY RESPONSIBLE FOR CHARGES NOT COVERED IN FULL BY ANY THIRD PARTY. I FURTHER AGREE THAT SHOULD I NOT PAY THE BALANCE WITHIN (90) DAYS AFTER THE DATE OF DISCHARGE, MY ACCOUNT WILL BE CONSIDERED DELINQUENT. I AGREE TO PAY COSTS OF COLLECTION, INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS. COLLECTION AGENCY FEES AND COSTS AND INTEREST WHICH SHALL ACCRUE AT THE MAXIMUM RATE ALLOWED BY LAW.

**FRAUD**
ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURANCE COMPANY, OR FILES A STATEMENT OF CLAIM CONTAINING FALSE, INCOMPLETE OR MISLEADING INFORMATION MAY BE SUBJECT TO PROSECUTION UNDER APPLICABLE LAW.

**ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES**
I HEREBY ACKNOWLEDGE THAT I HAVE RECEIVED A COPY OF THE PAULS VALLEY GENERAL HOSPITAL NOTICE OF PRIVACY PRACTICES.

**ADVANCE DIRECTIVE (FOR ADMISSION TO HOSPITAL ONLY)**
IF I AM TO BE ADMITTED TO THE HOSPITAL, I HAVE BEEN GIVEN WRITTEN MATERIALS ABOUT MY RIGHT TO ACCEPT OR REFUSE MEDICAL TREATMENT. I HAVE BEEN INFORMED OF MY RIGHTS TO FORMULATE ADVANCE DIRECTIVES. I UNDERSTATND THAT I AM NOT REQUIRED TO HAVE AN ADVANCE DIRECTIVE IN ORDER TO RECEIVE MEDICAL TREATMENT AT THIS HOSPITAL. I UNDERSTAND THAT THE HOSPITAL AND MY CAREGIVERS WILL FOLLOW THE TERMS OF ANY ADVANCE DIRECTIVE THAT I HAVE EXECUTED TO THE EXTENT PERMITTED BY LAW.

Page 1 of 2

PRINTED BY: U10148
DATE    11/13/2013

1CNT PVGH 20000



RICKS, CEDRIC
MRN: 000503670 VISIT ID: 001035063
DOB: 09/08/1974 ADMIT DATE: 05/02/2013 17:03
ATTD PHYS: WIECK, ROBERT

**INITIAL THE FOLLOWING OPTION THAT APPLIES:**

_____ I HAVE EXECUTED AN ADVANCE DIRECTIVE AND WILL PROVIDE A COPY OF THIS FOR MY
MEDICAL RECORD WITH A REASONABLE AMOUNT OF TIME

_____ I HAVE NOT EXECUTED AN ADVANCE DIRECTIVE AND DO NOT WISH TO DO SO

_____ I WISH TO COMPLETE AND ADVANCE DIRECTIVE DURING THIS HOSPITALIZATION

I CERTIFY THAT I HAVE READ (OR HAVE BEEN READ) THE ABOVE CONSENTS AND CERTIFICATION AND UNDERSTAND
AND AGREE WITH THEM

DATE _____  SIGNATURE OF PATIENT OR LEGALLY AUTHORIZED REPRESENTATIVE

WITNESS _____  PRINT NAME OF PERSON ABOVE

**Page 2 of 2**



 **Pauls Valley**
GENERAL HOSPITAL

100 Valley Drive • P.O. Box 368
Pauls Valley, Oklahoma 73075-0368
405-238-5501

To Maria Hinojosa
c/o Tarrant Co. District Attorney Office
401 West Belknap
Fort Worth, TX 76196

