IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORTH WORTH DIVISION

| | | |
|---|---|---|
| CEDRIC ALLEN RICKS, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 4:20-cv-01299-O |
| BOBBY LUMPKIN, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
| Respondent. | § | |

## RESPONDENT'S MOTION TO SUBSTITUTE COUNSEL
## WITH BRIEF IN SUPPORT

The Director is currently represented in this cause by the undersigned Assistant Attorney General Rachel Patton. It has become administratively necessary to reassign this case to another Assistant Attorney General, Eran Sharon. As a result, the undersigned moves this Court to allow Rachel Patton to withdraw as counsel and allow Eran Sharon to substitute as the Assistant Attorney General representing the Director in this federal habeas corpus action. This substitution is not requested to harass the Petitioner or to delay this proceeding. All correspondence should be sent to the same address.

For the foregoing reasons, the undersigned prays that this Court grant his motion and allow her to withdraw as counsel and substitute Eran Sharon as the Assistant Attorney General representing the Director in this federal habeas corpus action.

                                                Respectfully submitted,

                                                KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division

*/s/ Eran S. Sharon*
ERAN S. SHARON*
*Lead Counsel           Assistant Attorney General
State Bar No. 24075889

P. O. Box 12548, Capitol Station
Austin, Texas 78711
Telephone: (512) 936–1400
Facsimile: (512) 936–1280
eran.sharon@oag.texas.gov

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means: Jeremy Don Schepers-FDP and Naomi Roseanna Fenwick-FDP.

        /s/ *Eran S. Sharon*
        ERAN S. SHARON
        Assistant Attorney General