IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CEDRIC ALLEN RICKS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | No. 4:20-CV-1299-O |
| BOBBY LUMPKIN, Director, Texas | § | |
| Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER GRANTING PETITIONER'S MOTION TO EXCEED PAGE LIMITS

The matter before the court is Ricks' opposed motion, filed May 3, 2022 (ECF No. 32), requesting an extension of this Court's Local Rules on page limitations on pleadings in capital habeas cases to permit him to file an amended petition not to exceed 150 pages. Because the requested extension of the page limitation is consistent with prior extensions granted in similar cases, it will be granted.

It is ORDERED that Ricks' motion for permission to file an amended petition not to exceed 150 pages, ECF No. 32, is GRANTED. In all other respects, the terms and provisions of this Court's most recent Scheduling Order, issued March 24, 2022 (ECF No. 28) remain in full force and effect.

SIGNED May 4, 2022.

Reed O'Connor
UNITED STATES DISTRICT JUDGE