IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **CEDRIC ALLEN RICKS,**<br>    Petitioner,<br><br>    *v.*<br><br>**BOBBY LUMPKIN, Director,**<br>Texas Department of<br>Criminal Justice,<br>Correctional Institutions Division,<br>    Respondent. | Case No. 4:20-CV-1299-O<br><br><br><br>U.S. District Judge Reed C. O'Connor<br><br><br>**CAPITAL CASE** |

**ORDER GRANTING PETITIONER'S OPPOSED MOTION FOR STAY AND ABEYANCE OF FEDERAL HABEAS PROCEEDINGS**

Petitioner's Motion is hereby GRANTED. Petitioner's case is stayed and administratively closed so as to allow Petitioner to file a subsequent state habeas corpus application in the appropriate state court. Petitioner's successive application in state court will set forth all claims for relief that Petitioner wishes to exhaust, including all factual theories and legal argument supporting the same.

Every ninety (90) days after Petitioner submits his successive state application, Petitioner will file an advisory informing this Court of the status of his subsequent state habeas corpus application. Petitioner will also notify this Court immediately when the Texas Court of Criminal Appeals issues a final order relating to his subsequent state habeas corpus application.

Within thirty (30) days of any order from the Texas Court of Criminal Appeals dismissing Petitioner's application or denying habeas relief, the parties will file a motion to reopen these proceedings which includes a comprehensive proposed scheduling order.

This case is STAYED and ADMINISTRATIVELY CLOSED.

Signed on this the ____ day of _____, 2022, in Fort Worth, Texas.

_____
**REED C. O'CONNOR**
**UNITED STATES DISTRICT JUDGE**