

## KEN PAXTON

ATTORNEY GENERAL OF TEXAS

December 21, 2022


**VIA ELECTRONIC MAIL**

United States District Court
Northern District of Texas
501 W. 10th Street, Room 401
Fort Worth, Texas 76102
(817) 850-6787


Re:    *Cedric Allen Ricks v. Bobby Lumpkin, Director*
       Civil Action No. 4:20-cv-01299-O
       (Death Penalty Case)

Dear Clerk:

Attached, for Judge Reed C. O'Connor, please find **State Court Records** in the above referenced cause, which are being electronically filed with the Court on this date. Thank you for your kind assistance in this matter.

Sincerely,



 s/ Georgette Hogarth
GEORGETTE HOGARTH
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400


GRD/aeh
Enclosures