# CURRICULUM VITAE

**ANTOINETTE R. MCGARRAHAN, PH.D., PLLC**
McGarrahan & Associates
Forensic Psychology and Neuropsychology
12820 Hillcrest Road, Suite 217, Dallas, Texas 75230
Office (972) 726-9100; Fax (972) 726-9101
Dr.McGarrahan@McGarrahanTX.com

---

## LICENSES

Texas #: 31397
Oklahoma #: 1042
PSYPACT Temporary Authorization to Practice, Authority to Practice Interjurisdictional Telepsychology, and Interjurisdictional Practice Certificate, Mobility #6642

## EDUCATIONAL BACKGROUND

| | |
|---|---|
| 2000 | Postdoctoral Fellowship: Forensic Psychology<br>University of Missouri-Kansas City, School of Medicine, Department of Psychiatry |
| 1999 | Ph.D.: Clinical Psychology<br>University of Texas Southwestern Medical Center, Dallas, Texas |
| 1995 | M.A.: Psychology with specialization in Neuropsychology<br>University of Northern Colorado, Greeley, Colorado |
| 1992 | B.S.: Psychology<br>Colorado State University, Fort Collins, Colorado |

## PRIMARY PROFESSIONAL POSITION

| | |
|---|---|
| 10/2000-Present | Independent Practice: McGarrahan & Associates<br>Forensic Psychology and Neuropsychology |

## FACULTY POSITIONS

| | |
|---|---|
| 08/2012-Present | Adjunct Associate Professor of Psychiatry, UT Southwestern Medical Center, Dallas |
| 05/2016-05/2018 | Member of the Graduate Faculty of Southwestern Graduate School of Biomedical Sciences (Adjunct Faculty) |
| 05/2005-08/2012 | Adjunct Assistant Professor of Psychiatry, UT Southwestern Medical Center, Dallas |
| 08/2000-12/2001 | Adjunct Faculty: Richland Community College, Richardson, Texas |
| 09/1999-08/2000 | Faculty: University of Missouri-Kansas City, School of Medicine, Department of Psychiatry, Kansas City, Missouri |

## CONSULTING APPOINTMENTS

| | |
|---|---|
| 01/2020-Present | Mesquite Police Department, Mesquite, Texas |

| | |
|---|---|
| 10/2005-Present | Dallas County Criminal Courts, Dallas, Texas |
| 09/2002-Present | Texas Department of Criminal Justice, Huntsville, Texas |
| 03/2016-03/2020 | Medical (Psychological) Expert: Office of Disability Adjudication and Review, United States Department of Health and Human Services, Social Security Administration |
| 10/2003-08/2018 | Board of Nurse Examiners for the State of Texas, Austin, Texas |
| 03/2001-12/2010 | Santé Center for Healing, Argyle, Texas |
| 03/2001-01/2008 | Medical (Psychological) Expert: Office of Hearings and Appeals, United States Department of Health and Human Services, Social Security Administration |
| 07/2001-08/2001 | Dallas County Community Supervision and Corrections Department, Dallas, Texas |

## PROFESSIONAL COMMUNITY INVOLVEMENT

| | |
|---|---|
| 11/2014-Present | Board Member: Carrollton Police Department Training Advisory Board, Carrollton, Texas |
| 09/2011-Present | Asylum evaluations: Human Rights Initiative, Dallas, Texas |
| 01/2013-12/2016 | Board of Directors Member: Shared Housing Center, Dallas, Texas |
| 05/2003-12/2011 | Asylum evaluations: Center for Survivors of Torture, Dallas, Texas |
| 03/2005-01/2009 | Board of Directors Member: Shared Housing Center, Dallas, Texas |
| 03/2004-06/2006 | Volunteer Presenter: Science Teacher Access to Resources at Southwestern, Dallas, Texas |

## CLINICAL TRAINING EXPERIENCE

### Postdoctoral Fellowship

| | |
|---|---|
| 08/1999-08/2000 | Western Missouri Mental Health Center, Kansas City, Missouri |
| 08/1999-08/2000 | Northwest Missouri Psychiatric Rehabilitation Center, St. Joseph, Missouri |

### Internship

| | |
|---|---|
| 08/1998-08/1999 | UT Southwestern Medical Center Neuropsychology Laboratory, Dallas, Texas |
| 08/1997-08/1998 | United States Federal Medical Center, Carswell, Texas |

### Practica

| | |
|---|---|
| 05/1996-08/1999 | Southwest Outpatient Clinic, Dallas, Texas |

McGarrahan Vitae  3
Updated 1/25/2022

05/1996-05/1998       Parkland Memorial Hospital: Psychiatric Emergency Room, Dallas, Texas

05/1996-08/1997       Terrell State Hospital, Terrell, Texas

01/1995-04/1995       Veteran Affairs Hospital, Cheyenne, Wyoming

## PROFESSIONAL MEMBERSHIPS

American Psychological Association
National Academy of Neuropsychology
American Psychology-Law Society

## PUBLICATIONS

Cicerello (McGarrahan), A. (1995). Malingering on the California Verbal Learning Test [Abstract]. The Clinical Neuropsychologist, 9, 276.

Cicerello (McGarrahan), A. & Sheehan, E. (1995). Personal advertisements: A content analysis. Journal of Social Behavior and Personality, 10, 751-756.

Retzlaff, P. & Cicerello (McGarrahan), A. (1995). Compensation and pension evaluations: psychotic, neurotic, and PTSD MCMI-II profiles. Military Medicine, 160, 493-496.

Welsh, M., Cicerello (McGarrahan), A., Cuneo, K., & Brennan, M. (1995). Error and temporal patterns in Tower of Hanoi performance: Cognitive mechanisms and individual differences. Journal of General Psychology, 122, 69-81.

Harris, J. G., Adler, L. E., Young, D. A., Cullum, C. M., Rilling, L. M., Cicerello (McGarrahan), A., Intemann, P. M., & Freedman, R. (1996). Neuropsychological dysfunction in parents of schizophrenics. Schizophrenia Research, 20, 253-260.

Cicerello (McGarrahan), A.R., Frol, A.B., Garver, D.L., Kingsbury, S.J., Nair, T.R., & Cullum, C.M. (1999). Oral fluency with and without motor interference in subgroups of schizophrenic patients with progressively expanding or relatively static cerebral ventricles [Abstract]. Archives of Clinical Neuropsychology.

Lacritz, L., Cicerello (McGarrahan), A., Bond Chapman, S., Honig, L., Weiner, M., & Cullum, C.M. (1999). Three word recall in normal aging: Effects of explicit prompts [Abstract]. Archives of Clinical Neuropsychology,14, 83.

Cicerello (McGarrahan), A.R., Cullum, C.M., Garver, D.L., Kingsbury, S.J., & Nair, T.R. (2000). MRI-derived subgroups of schizophrenia [Abstract]. Archives of Clinical Neuropsychology.

Cicerello (McGarrahan), A.R., Morgan, R.D., & Birmingham, D.L. (2000). Comparative analysis of the Millon Clinical Multiaxial Inventory - III between forensic and non-forensic psychiatric populations. Presented at the annual Missouri Department of Mental Health/Fulton State Hospital Forensic Conference, Lake of the Ozarks, Missouri.

Kaltreider, L.B., Cicerello (McGarrahan), A.R, Lacritz, L.H., Weiner, M.F., Honig, L.S., Rosenberg, R.N.,

& Cullum, C.M. (2000). Comparison of the CERAD and CVLT list learning tasks in Alzheimer's disease. The Clinical Neuropsychologist, 14, 269-274.

Price, J.R. & Cicerello (McGarrahan), A.R. (2001). Common juvenile disorders. Municipal Court Recorder, 10, 5-6.

Chandler, M.J., Lacritz, L.H., Cicerello (McGarrahan), A., Bond-Chapman, S., Honig, L., Weiner, M. & Cullum, C.M. (2004). Three-word recall in normal aging. Journal of Clinical and Experimental Neuropsychology, 26, 1128-1133.

Steffan, J.S., Morgan, R.D., Cicerello (McGarrahan), & A.R., Birmingham, D.L. (2005). Utility of the MCMI-III to detect response bias among forensic patients. American Journal of Forensic Psychology, 23, 43-58.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Theories of mental illness. In D.W. Shuman (Ed.), Psychiatric and Psychological Evidence (3rd Ed.). Colorado Springs, CO: McGraw-Hill Inc.

McGarrahan, A.R., Proctor, T.J., & Price, J.R. (2005). Psychological and psychiatric diagnosis. In D.W. Shuman (Ed.), Psychiatric and Psychological Evidence (3rd Ed.). Colorado Springs, CO: McGraw-Hill Inc.

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). Treatment. In D.W. Shuman (Ed.), Psychiatric and Psychological Evidence (3rd Ed.). Colorado Springs, CO: McGraw-Hill Inc.

Proctor, T.J., McGarrahan, A.R., & Price, J.R. (2005). The professions of psychology and psychiatry. In D.W. Shuman (Ed.), Psychiatric and Psychological Evidence (3rd Ed.). Colorado Springs, CO: McGraw-Hill Inc.

Osuji, I.J., McGarrahan, A., Mihalakos, P., Garver, D., Kingsbury, S., & Cullum, C.M. (2007). Neuropsychological functioning in MRI-derived subgroups of schizophrenia. Schizophrenia Research, 92, 189-196.

Galusha, J. M., Bishopp, S., McGarrahan, A., Hynan, L., Proctor, T., Cullum, C. M. (2018). Use of neuropsychological measures to predict field performance ratings in police officers. Poster presented at the 55th annual meeting of the Academy of Criminal Justice Sciences, New Orleans, LA.

Galusha, J. M., Bishopp, S., McGarrahan, A., Proctor, T., Hynan, L., Cullum, C. M. (2018). Measures of cognitive functioning and emotional health discriminate between high and low supervisor field performance ratings in police officers. Poster presented at the American Psychology Law Society Annual Meeting, Memphis, TN.

## PRESENTATIONS

1999:  Stress Management for Law Enforcement Officers. Presented to Kansas City Police Academy
Suicide Assessment and Prevention. Presented to Kansas City Jail Detention Officers
2000:  Treatment for Sexually Violent Predators. Presented at Western Missouri Mental Health Center- General Staffing
2000:  Psychological Disorders in Juvenile Offenders. Presented at Texas Municipal Courts Continuing Education

McGarrahan Vitae                                                                                                                                 5
Updated 1/25/2022

- 2003: Assessing Civil Competencies in Psychiatric and Geriatric Populations. Presented at Presbyterian Hospital of Dallas-Psychiatry Grand Rounds
- 2004: Psycho-Legal Issues Relating to the Homeless. Presented at Austin Street Centre
- 2005: Psychological and Neuropsychological Assessment: Its Role in Workers' Compensation Claims and Forensic Cases. Presented to Texas Association of Rehabilitation Professionals and Providers of Services
- 2006: Personality Disorders. Presented to Texas Criminal Defense Lawyers Association: Capital, Mental Health and Habeas
- 2007: Sexual Risk Assessment. Presented to Texas Criminal Defense Lawyers Association: Forensics
- 2009: Neuropsychological Assessment of Head Injury and Other Cognitive Impairment. Presented to Military Defense Counsel Trial Litigation
- 2015: Neuropsychological Evaluations in Workers' Compensation Claims, Long-term Disability, and Forensic Cases. Presented to International Association of Rehabilitation Professionals-Texas Chapter
- 2015: Neuropsychological Evaluations. Presented to (Tarrant County Criminal Defense Lawyers Association-Death Penalty Defense
- 2016: Forensic Psychology Panel. Presented to Children's Medical Center and UT Southwestern Medical Center clinical psychology didactic presentation
- 2016: Forensic Mental Health Q & A. Forensic Psychiatry Case Conference. Presented to Department of Psychiatry: UT Southwestern Medical Center
- 2018: Neuropsychological Evaluations for the Courts. Forensic Psychiatry Case Conference. Presented to Department of Psychiatry: UT Southwestern Medical Center
- 2018: Forensic Evaluations: A Curious Mindset. Presented to UT Southwestern Medical Center, Association of Neuropsychology Students in Training
- 2018: Competing Narratives: Traumatic Brain Injury. Presented at PartnerSource Conference, Dallas, Texas
- 2018: Immigration/Asylum Cases: Challenges in Law and Mental Health. Presented to Forensic Group at SMU
- 2019: Ethical, Legal and Mental Health Considerations in Working with Asylum Seekers. Presented at Dallas Psychological Association
- 2019: Mental Health Considerations in Sexual Offense Cases-Panel. Presented to Collin County Criminal Defense Lawyers Association
- 2019: Evaluating and Discussing Neuropsychological Profiles in Criminal Cases. Presented at the XXXVI[th] International Congress on Law and Mental Health, Rome, Italy
- 2022: It's Time to Update Pre-employment Testing for Police. Presentation by Galusha, J.M. & McGarrahan, A. at the XXXVII[th] International Congress on Law and Mental Health, Lyon, France
- 2022: Lead Exposure in Criminal Defendants. Presentation by Galusha, J.M. & McGarrahan, A. at the XXXVII[th] International Congress on Law and Mental Health, Lyon, France

## AWARDS/RECOGNITIONS

2013 Angel of Freedom: Human Rights Initiative
2022 Texas Citizen Psychologist: Texas Psychological Association